# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: 10-4786-0029 - continued

For the period 04/25/2019 to 05/24/2019
KATHY J MCKINNEY
Primary account number: 10-4786-0029
Page 2 of 5

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 2,035.51 | 4,703.77 | 4,638.76 | 2,100.52 |
| | | Average monthly balance | Charges and fees |
| | | 762.99 | 180.00 |

## Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 3 | 65 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 1 | 1 | 0 |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | 180.00 | 180.00 |

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 04/29 | 608.00 | Deposit Reference No. 033407803 |
| 04/30 | 1,057.04 | Direct Deposit - Bb&T Pay Bb&T XXXXXXXX4608 |
| 04/30 | 565.56 | Direct Deposit - Annuitant COMM OF PA APXXXXXX0872 |
| 05/15 | 1,066.17 | Direct Deposit - Bb&T Pay Bb&T XXXXXXXX4608 |
| 05/22 | 1,407.00 | Direct Deposit - Xxsoc Sec SSA TREAS 310 XXXXX9538A |

There were 5 Deposits and Other Additions totaling $4,703.77.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 109 | 310.00 | 05/01 | 071680315 | 111 | 600.00 | 04/26 | 074161509 |
| 110 | 1,800.00 | 04/26 | 074334215 | | | | |

* Gap in check sequence

There were 3 checks listed totaling $2,710.00.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 04/25 | 36.23 | 3669 Debit Card Purchase Dollar-General #3525 |
| 04/25 | 11.00 | 9163 Debit Card Purchase Weis Markets 137 |
| 04/25 | 3.26 | 9163 Debit Card Purchase McDonald's F3784 |
| 04/25 | 14.76 | 9163 Debit Card Purchase CVS/Pharmacy #01688 |
| 04/25 | 20.77 | 9163 Debit Card Purchase Lias Pizza and Family |
| 04/29 | 53.95 | 9163 Debit Card Purchase Zulily 877-7795615 Wa |

There was 1 Banking Machine Withdrawal totaling $50.00.

There were 65 other Banking Machine/Debit Card deductions totaling $1,623.22.

Banking/Debit Card Withdrawals and Purchases continued on next page

## STATEMENT OF INCOME

I, David Z. Valencik, do hereby verify that the Debtor, Jerry A. McKinney is unemployed and does not work. He is disabled.

DATE: ___05/18/15                                     David Z. Valencik, Esquire
                                                                          Attorney for Debtor