# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and ) | |
| Kathy J. McKinney, ) | **Chapter** 13 |
|     **Debtors,** ) | |
| Jerry A. McKinney and ) | **Related Document No.** 5-6 |
| Kathy J.McKinney**,** ) | |
|     **Movants,** ) | **Hearing Date:** July 26, 2019 @ 11:00 am |
| vs. ) | |
| ACS/College Loan Corp., Advanced ) | **Response Due:** July 15, 2019 |
| Disposal, AFNI, Alliance One, Ally ) | |
| Financial, Altoona Regional, AM Std Asst, ) | |
| Apex Asset, Barks Credit & Collections ) | |
| Beneficial, Calvary Portfolio Services, ) | |
| Capital One, Cawley & Bergmann, LLP, ) | |
| CCS/Nationwide Insurance, Centre ) | |
| Diagnostic, Centre Emergency Med., ) | |
| Chase Card, Chase Mortgage, Clair and ) | |
| Eleanor Godissart, Clearfield Hospital, ) | |
| Collection Service Center, Comcast Cable, ) | |
| Commonwealth of PA, Complete Payment ) | |
| History, Continental Finance, credit bureau ) | |
| Lancaster County, Inc., Credit Collections ) | |
| Services, Credit Control Collections, Credit ) | |
| Management Company, David J. Hickton, ) | |
| Esq., Delta Management Associates, Inc, ) | |
| Exeter Finance Corp., First Premier, ) | |
| Geisinger, Geisinger Health System, ) | |
| Holiday Financial, Home Health Resource, ) | |
| HSBC, HSBC Mortgage Services Inc., ) | |
| ICN IPA Collection, Internal Revenue ) | |
| Service, KML Law Group, P.C., ) | |
| L.S. Ross Assoc., Laffey & Associates, ) | |
| Laurel Eye Clinic, Lowes, LTD Financial ) | |
| Services, LVNV Funding LLC, M&T Bank ) | |
| Mabt/contfin, Med East Post Opd ) | |
| Surgical, Medicredit Inc., Meredith Manor, ) | |
| Midland Funding, Mihalkd's, MRS ) | |
| Associates, Mt. Nittany Medical Center, ) | |
| Mt. Nittany Physician Group, National ) | |
| Credit Adjusters, National Recovery, ) | |
| Northland Group Inc,. PA Collection, ) | |
| Penn Credit, Penn Highlands, Penn ) | |

| | |
|---|---|
| Highlands Clfd, Penn Highlands | ) |
| Dubois, Portfolio Recovery , Associates, | ) |
| LLC, R&R Radiology, Consultants, | ) |
| Scheer, Green & Burke, Schumacher | ) |
| Group, Southwest Credit Systems | ) |
| Springleaf, The Caring Healthcare) | ) |
| Network, The HMC Group, Transworld | ) |
| Systems, Tribute, Card, Tyrone Hospital, | ) |
| United Recovery Systems, UOC, UPMC | ) |
| Verizon, | ) |
| **Respondents.** | ) |

### CERTIFICATION OF NO OBJECTION REGARDING
**Motion To Extend Automatic Stay- Document No. 5**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion To Extend Automatic Stay** filed on June 27, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion To Extend Automatic Stay** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion To Extend Automatic Stay** were to be filed and served no later than July 15, 2019.

It is hereby respectfully requested that the Order attached to the **Motion To Extend Automatic Stay** be entered by the Court.

**Dated:** July 16, 2019
/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222**
**(412) 232-0930**