**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jerry A. McKinney** | Social Security number or ITIN  **xxx–xx–4520** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kathy J. McKinney** | Social Security number or ITIN  **xxx–xx–9538** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  **13   6/27/19** |
| Case number: | **19–70386–JAD** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jerry A. McKinney | Kathy J. McKinney |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 276 Ida Street<br>Houtzdale, PA 16651 | 276 Ida Street<br>Houtzdale, PA 16651 |
| 4. | **Debtor's attorney**<br>Name and address | David Z. Valencik<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222–3708 | Contact phone 412–232–0930<br><br>Email: dvalencik@c–vlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/18/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 16, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/15/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/5/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/24/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/16/19** at **02:00 PM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 19-70386-JAD
Jerry A. McKinney                                                         Chapter 13
Kathy J. McKinney
       Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-7           User: lfin                  Page 1 of 3            Date Rcvd: Jul 18, 2019
                               Form ID: 309I               Total Noticed: 100


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db/jdb        +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15077258      +ACS/College Loan Corp.,    501 Bleecker St.,    Utica, NY 13501-2401
15077264      +AM Std Asst.,    100 Cambreidge St., Suite 1600,    Boston, MA 02114-2518
15077263       Altoona Regional,    820 Howard Ave.,    Altoona, PA 16601
15077265      +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
15077272      +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
15077284      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,      P.O. Box 105125,    Atlanta, GA 30348)
15077271      #+Cawley & Bergmann, LLP,    117 Kinderkamack Road, Suite 201,     River Edge, NJ 07661-1916
15077274      +Centre Diagnostic,    P.O. Box 197,    State College, PA 16804-0197
15077275      +Centre Emergency Med.,    P.O. Box 6009,    Hermitage, PA 16148-1009
15077277      +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
15077278      +Clair and Eleanor Godissart,    525 Keystone Hill Road,    Philipsburg, PA 16866-8305
15077279      +Clearfield Hospital,    P.O. Box 731584,    Dallas, TX 75373-1584
15077281      +Comcast Cable,    P.O. Box 23870,    Jacksonville, FL 32241-3870
15077282      +Commonwealth of PA,    118 Enterprise Drive,    Philipsburg, PA 16866-3172
15077283       Complete Payment Recovery,    3500 5th Street,    River Falls, AL 36476
15077285      +Credit Acceptance Corporation,    25505 W. 12 Mile Rd., Suite 3000,     Southfield, MI 48034-8331
15077288      +Credit Control Collections,    2410 Broad Avenue,    Altoona, PA 16601-1940
15077291      +David J. Hickton, Esq.,    US Postal Office & Courthouse,    700 Grant Street, Suite 4000,
                Pittsburgh, PA 15219-1956
15077292      +Delta Management Associates, Inc.,     100 Everatt Avenue, Suite 6,    P.O. Box 9191,
                Chelsea, MA 02150-9191
15077294       Fst Premier,    601 S. Minneapolis Ave.,    Sioux Falls, SD 57104
15077295      +Geisinger,    P.O. Box 27727,    Newark, NJ 07101-7727
15077296      +Geisinger Health System,    100 N. Academy Avenue,    Danville, PA 17822-0001
15077299       HSBC,   P.O. Box 7114,    Charlotte, NC 28272
15077297      +Holiday Financial,    1800 Daisy Street, Ext. St.,    Clearfield, PA 16830-3265
15077298      +Home Health Ressource,    P.O. Box 13150,    Overland Park, KS 66282-3150
15077301      +ICN IPA Collection,    P.O. Box 893,    Washington, PA 15301-0893
15077304      +KML Law Group, P.C.,    Mellon Independence Center-Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1538
15077305      +L.S. Ross Assoc.,    P.O. Box 6099,    Jackson, MI 49204-6099
15077306      +Laffey & Associates,    415 Chartiers Avenue,    Carnegie, PA 15106-2356
15077307      +Laurel Eye Clinic,    P.O. Box 1180,    Sharpsburg, GA 30277-0964
15077311      +M&T Bank/Lakeview,    P.O. Box 840,    Buffalo, NY 14240-0840
15077319      +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
15077313      +Matt Harron, Nick Miller & Amy Buchanan,     Attorneys at Law,    607 College Street, Suite 101,
                Pittsburgh, PA 15232-1700
15077314      +Med East Post Opd Surgical,    P.O. Box 822796,    Philadelphia, PA 19182-2796
15077316       Meredith Manor,    Waverly, WV 26184
15085703      +Meredith Manor,    147 Saddle Ln,    Waverly, WV 26184-3254
15077318       Mihalkd’s,    One Hillside Drive,    Altoona, PA 16601
15077320      +Mt. Nittany Medical Center,    P.O. Box 536317,    Pittsburgh, PA 15253-5905
15077321      +Mt. Nittany Physician Group,    P.O. Box 6005,    Hermitage, PA 16148-1005
15077322      +National Credit Adjusters,    P.O. Box 3023,    Hutchinson, KS 67504-3023
15077323      +National Recovery,    2491 PaxtonSt.,    Harrisburg, PA 17111-1036
15077324      +Northland Group Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
15077326      +Penelec/First Energy,    P.O. Box 16001,    Reading, PA 19612-6001
15077327      +Penn Credit,    Attn: Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
15077328      +Penn Credt,    916 S. 14th St.,    P.O. Bo 988,    Harrisburg, PA 17108-0988
15077329      +Penn Highlands,    P.O. Box 16157,    Rocky River, OH 44116-0157
15077330      +Penn Highlands Clfd,    P.O. Box 893,    Washington, PA 15301-0893
15077331      +Penn Highlands Dubois,    P.O. Box 447,    Du Bois, PA 15801-0447
15077334      +Quest Diagnostics Venture, LLC,    P.O. Box 740717,    Cincinnati, OH 45274-0717
15077335       R&R Radiology Consultants,    P.O. Box 129,    State College, PA 16803
15077336      +Scheer, Green & Burke,    P.O. Box 1312,    Toledo, OH 43603-1312
15077337      +Schumacher Group,    165 Caprice Court, Unit B,    Castle Rock, CO 80109-1559
15077340      +The Caring Healthcare Network,    601 N. Front Street,    Philipsburg, PA 16866-2303
15077341      +The HMC Group,    Collection Agency,    P.O. Box 16211,    Rocky River, OH 44116-0211
15077343      +Tribute Card,    Attn: Bankruptcy,    P.O. Box 105555,    Atlanta, GA 30348-5555
15077344      +Tyrone Hospital,    9245 Watson Industrial Park,    Saint Louis, MO 63126-1518
15077347      +UPMC,   P.O. Box 371472,    Pittsburgh, PA 15250-7472
15077348      +UPMC Altoona,    P.O. Box 1123,    Minneapolis, MN 55440-1123
```

```
District/off: 0315-7          User: lfin               Page 2 of 3                 Date Rcvd: Jul 18, 2019
                              Form ID: 309I            Total Noticed: 100


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dvalencik@c-vlaw.com Jul 19 2019 02:53:13      David Z. Valencik,
                 Caliaro Valencik,    938 Penn Avenue, Suite 501,     Pittsburgh, PA 15222-3708
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:53:41      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 19 2019 02:53:58
                 Office of the United States Trustee,    Liberty Center.,     1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: AISACG.COM Jul 19 2019 06:34:00      Exeter Finance LLC, c/o AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr             +EDI: PRA.COM Jul 19 2019 06:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15077260       +EDI: AFNIRECOVERY.COM Jul 19 2019 06:33:00      AFNI,    1310 MLK Drive,    P.O. Box 3517,
                 Bloomington, IL 61702-3517
15077259       +E-mail/Text: katie.wilson@advanceddisposal.com Jul 19 2019 02:53:28      Advanced Disposal,
                 6330 Route 219,    Brockway, PA 15824-5016
15077261       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 19 2019 02:53:22      Alliance One,
                 4850 Street Rd. Suite 300,    Feasterville Trevose, PA 19053-6643
15077262       +EDI: GMACFS.COM Jul 19 2019 06:33:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
15077266       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jul 19 2019 02:54:44
                 Barks Credit & Collections,    P.O. Box 329,    Temple, PA 19560-0329
15077273       +EDI: CCS.COM Jul 19 2019 06:33:00      CCS/Nationwide Insurance,    725 Canton Street,
                 Norwood, MA 02062-2679
15077268       +E-mail/Text: bankruptcy@cavps.com Jul 19 2019 02:54:12      Calvary Portfolio Services,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
15077270       +EDI: CAPITALONE.COM Jul 19 2019 06:34:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
15077269       +EDI: CAPITALONE.COM Jul 19 2019 06:34:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15080683       +E-mail/Text: bankruptcy@cavps.com Jul 19 2019 02:54:12      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15077276       +EDI: CHASE.COM Jul 19 2019 06:33:00      Chase Card,    Attn: Correspondence,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
15077280       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 19 2019 02:54:02      Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
15077286       +E-mail/Text: csd1clientservices@cboflanc.com Jul 19 2019 02:54:22
                 Credit Bureau of Lancaster County, Inc.,    P.O. Box 1271,    Lancaster, PA 17608-1271
15077287       +EDI: CCS.COM Jul 19 2019 06:33:00      Credit Collections Services,    Two Wells Avenue,,
                 Newton Center, MA 02459-3246
15077290       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 19 2019 02:54:20
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15077289       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 19 2019 02:54:20
                 Credit Management Company,    2121 Noblestown Road,    Attn: Bankruptcy Dept.,
                 Pittsburgh, PA 15205-3956
15077293       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jul 19 2019 03:00:11      Exeter Finance Corp.,
                 P.O. Box 166008,    Irving, TX 75016-6008
15087043       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jul 19 2019 02:59:22      Exeter Finance LLC,
                 P.O. Box 167399,    Irving, TX 75016-7399
15077300       +EDI: HFC.COM Jul 19 2019 06:34:00      HSBC Mortgage Services Inc.,
                 636 Grand Regency Boulevard,    Brandon, FL 33510-3942
15077302        EDI: IRS.COM Jul 19 2019 06:34:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114-0326
15077309       +EDI: LTDFINANCIAL.COM Jul 19 2019 06:33:00      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
15077310       +EDI: RESURGENT.COM Jul 19 2019 06:34:00      LVNV Funding LLC,    P.O. Box 10497,
                 Greenville, SC 29603-0497
15077308       +EDI: RMSC.COM Jul 19 2019 06:34:00      Lowes,    P,O, Box 530914,    Atlanta, GA 30353-0914
15077315       +EDI: PARALONMEDCREDT Jul 19 2019 06:33:00      Medicredit Inc.,    P.O. Box 1629,
                 Maryland Heights, MO 63043-0629
15077317       +EDI: MID8.COM Jul 19 2019 06:33:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
15077332        EDI: PRA.COM Jul 19 2019 06:33:00      Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                 Norfolk, VA 23541
15077333       +EDI: Q3G.COM Jul 19 2019 06:33:00      Quantum3 Group LLC as agent for,
                 Cascade Capital LLC Series C,    P.O. Box 788,    Kirkland, WA 98083-0788
15077338       +EDI: SWCR.COM Jul 19 2019 06:34:00      Southwest Credit Systems,
                 4120 International Parkway ste 1100,    Carrollton, TX 75007-1958
15077339       +EDI: AGFINANCE.COM Jul 19 2019 06:33:00      Springleaf,    P.O. Box 64,
                 Evansville, IN 47701-0064
15079213       +EDI: RMSC.COM Jul 19 2019 06:34:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15077342       +E-mail/Text: bankruptcydepartment@tsico.com Jul 19 2019 02:54:25      Transworld Sytems,
                 P.O. Box 15273,    Wilmington, DE 19850-5273
15077346       +E-mail/Text: skorman@uoc.com Jul 19 2019 02:54:39      UOC,    101 Regent Court,
                 State College, PA 16801-7965
```

```
District/off: 0315-7           User: lfin                 Page 3 of 3                   Date Rcvd: Jul 18, 2019
                               Form ID: 309I              Total Noticed: 100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15077345         +EDI: URSI.COM Jul 19 2019 06:33:00      United Recovery Systems,    P.O. Box 722929,
                   Houston, TX 77272-2929
15077349         +EDI: VERIZONCOMB.COM Jul 19 2019 06:33:00      Verizon,
                   Verizon Wireless Bankruptcy Administrati,    500 Technology Dr., Ste 500,
                   Saint Charles, MO 63304-2225
                                                                                               TOTAL: 39

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Lakeview Loan Servicing, LLC
15077312*       ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
                   (address filed with court: Mabt/contfin,   P.O. Box 8099,   Newark, DE 19714)
15077303*        +Internal Revenue Service,    Attn: Sandra Bence,    1000 Liberty Avenue, Stop 711B,
                   Pittsburgh, PA 15222-4107
15085704*        +MRS Associates,    1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
15077267        ##+Beneficial,   P.O. Box 1231,   Brandon, FL 33509-1231
15077325        ##+PA Collection,   P.O. Box 893,   Washington, PA 15301-0893
                                                                                 TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5
```