**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

<span style="color:red">**DEFAULT O/E JAD**</span>

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 19-70386-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) Chapter 13 |
|     **Debtors,** | ) |
| Jerry A. McKinney and | ) Related Document No. 5 |
| Kathy J. McKinney, | ) |
|     **Movants,** | ) |
| | ) |
|     **vs.** | ) |
| ACS/College Loan Corp., Advanced Disposal, AFNI, Alliance One, Ally Financial, Altoona Regional, AM Std Asst, Apex Asset, Barks Credit & Collections Beneficial, Calvary Portfolio Services, Capital One, Cawley & Bergmann, LLP, CCS/Nationwide Insurance, Centre Diagnostic, Centre Emergency Med., Chase Card, Chase Mortgage, Clair and Eleanor Godissart, Clearfield Hospital, Collection Service Center, Comcast Cable, Commonwealth of PA, Complete Payment History, Continental Finance, credit bureau Lancaster County, Inc., Credit Collections Services, Credit Control Collections, Credit Management Company, David J. Hickton, Esq., Delta Management Associates, Inc, Exeter Finance Corp., First Premier, Geisinger, Geisinger Health System, Holiday Financial, Home Health Resource, HSBC, HSBC Mortgage Services Inc., ICN IPA Collection, Internal Revenue Service, KML Law Group, P.C., L.S. Ross Assoc., Laffey & Associates, Laurel Eye Clinic, Lowes, LTD Financial Services, LVNV Funding LLC, M&T Bank Mabt/contfin, Med East Post Opd Surgical, Medicredit Inc., Meredith Manor, Midland Funding, Mihalkd's, MRS Associates, Mt. Nittany Medical Center, Mt. Nittany Physician Group, National Credit Adjusters, National Recovery, Northland Group Inc,. PA Collection, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| Penn Credit, Penn Highlands, Penn Highlands Clfd, Penn Highlands Dubois, Portfolio Recovery, Associates, LLC, R&R Radiology, Consultants, Scheer, Green & Burke, Schumacher Group, Southwest Credit Systems Springleaf, The Caring Healthcare Network, The HMC Group, Transworld Systems, Tribute, Card, Tyrone Hospital, United Recovery Systems, UOC, UPMC Verizon, <br>    **Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 19th day of J-J_____, 2019, after notice and a hearing, the Motion of the Debtors to Extend the Stay is granted, the stay under 11 U.C.C. § 362 is extended for the duration of the case or until further Order of this Court.

Jeffey

~~Jeffrey~~ A. Deller
United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
7/18/19 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jerry A. McKinney  
Kathy J. McKinney  
    Debtors

Case No. 19-70386-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 3     Date Rcvd: Jul 18, 2019  
                   Form ID: pdf900     Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.

```
db/jdb         +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542
15077258       +ACS/College Loan Corp.,    501 Bleecker St.,    Utica, NY 13501-2401
15077264       +AM Std Asst.,    100 Cambreidge St., Suite 1600,    Boston, MA 02114-2518
15077263        Altoona Regional,    820 Howard Ave.,    Altoona, PA 16601
15077265       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
15077272       +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15077284      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,    P.O. Box 105125,    Atlanta, GA 30348)
15077271      #+Cawley & Bergmann, LLP,    117 Kinderkamack Road, Suite 201,    River Edge, NJ 07661-1916
15077274       +Centre Diagnostic,    P.O. Box 197,    State College, PA 16804-0197
15077275       +Centre Emergency Med.,    P.O. Box 6009,    Hermitage, PA 16148-1009
15077276       +Chase Card,    Attn: Correspondence,    P.O. Box  15298,    Wilmington, DE 19850-5298
15077277       +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
15077278       +Clair and Eleanor Godissart,    525 Keystone Hill Road,    Philipsburg, PA 16866-8305
15077279       +Clearfield Hospital,    P.O. Box 731584,    Dallas, TX 75373-1584
15077281       +Comcast Cable,    P.O. Box 23870,    Jacksonville, FL 32241-3870
15077282       +Commonwealth of PA,    118 Enterprise Drive,    Philipsburg, PA 16866-3172
15077283        Complete Payment Recovery,    3500 5th Street,    River Falls, AL 36476
15077285       +Credit Acceptance Corporation,    25505 W. 12 Mile Rd., Suite 3000,    Southfield, MI 48034-8331
15077288       +Credit Control Collections,    2410 Broad Avenue,    Altoona, PA 16601-1940
15077291       +David J. Hickton, Esq.,    US Postal Office & Courthouse,    700 Grant Street, Suite 4000,
                 Pittsburgh, PA 15219-1956
15077292       +Delta Management Associates, Inc.,    100 Everatt Avenue, Suite 6,    P.O. Box 9191,
                 Chelsea, MA 02150-9191
15077294        Fst Premier,    601 S. Minneapolis Ave.,    Sioux Falls, SD 57104
15077295       +Geisinger,    P.O. Box 27727,    Newark, NJ 07101-7727
15077296       +Geisinger Health System,    100 N. Academy Avenue,    Danville, PA 17822-0001
15077299        HSBC,    P.O. Box 7114,    Charlotte, NC 28272
15077300       +HSBC Mortgage Services Inc.,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
15077297       +Holiday Financial,    1800 Daisy Street, Ext. St.,    Clearfield, PA 16830-3265
15077298       +Home Health Ressource,    P.O. Box 13150,    Overland Park, KS 66282-3150
15077301       +ICN IPA Collection,    P.O. Box 893,    Washington, PA 15301-0893
15077304       +KML Law Group, P.C.,    Mellon Independence Center-Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
15077305       +L.S. Ross Assoc.,    P.O. Box 6099,    Jackson, MI 49204-6099
15077306       +Laffey & Associates,    415 Chartiers Avenue,    Carnegie, PA 15106-2356
15077307       +Laurel Eye Clinic,    P.O. Box 1180,    Sharpsburg, GA 30277-0964
15077311       +M&T Bank/Lakeview,    P.O. Box 840,    Buffalo, NY 14240-0840
15077319       +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
15077313       +Matt Harron, Nick Miller & Amy Buchanan,    Attorneys at Law,    607 College Street, Suite 101,
                 Pittsburgh, PA 15232-1700
15077314       +Med East Post Opd Surgical,    P.O. Box 822796,    Philadelphia, PA 19182-2796
15077316        Meredith Manor,    Waverly, WV 26184
15085703       +Meredith Manor,    147 Saddle Ln,    Waverly, WV 26184-3254
15077318        Mihalkd's,    One Hillside Drive,    Altoona, PA 16601
15077320       +Mt. Nittany Medical Center,    P.O. Box 536317,    Pittsburgh, PA 15253-5905
15077321       +Mt. Nittany Physician Group,    P.O. Box 6005,    Hermitage, PA 16148-1005
15077322       +National Credit Adjusters,    P.O. Box 3023,    Hutchinson, KS 67504-3023
15077323       +National Recovery,    2491 PaxtonSt.,    Harrisburg, PA 17111-1036
15077324       +Northland Group Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
15077326       +Penelec/First Energy,    P.O. Box 16001,    Reading, PA 19612-6001
15077327       +Penn Credit,    Attn: Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
15077328       +Penn Credt,    916 S. 14th St.,    P.O. Bo 988,    Harrisburg, PA 17108-0988
15077329       +Penn Highlands,    P.O. Box 16157,    Rocky River, OH 44116-0157
15077330       +Penn Highlands Clfd,    P.O. Box 893,    Washington, PA 15301-0893
15077331       +Penn Highlands Dubois,    P.O. Box 447,    Du Bois, PA 15801-0447
15077334       +Quest Diagnostics Venture, LLC,    P.O. Box 740717,    Cincinnati, OH 45274-0717
15077335        R&R Radiology Consultants,    P.O. Box 129,    State College, PA 16803
15077336       +Scheer, Green & Burke,    P.O. Box 1312,    Toledo, OH 43603-1312
15077337       +Schumacher Group,    165 Caprice Court, Unit B,    Castle Rock, CO 80109-1559
15077340       +The Caring Healthcare Network,    601 N. Front Street,    Philipsburg, PA 16866-2303
15077341       +The HMC Group,    Collection Agency,    P.O. Box 16211,    Rocky River, OH 44116-0211
15077343       +Tribute Card,    Attn: Bankruptcy,    P.O. Box 105555,    Atlanta, GA 30348-5555
15077344       +Tyrone Hospital,    9245 Watson Industrial Park,    Saint Louis, MO 63126-1518
15077347       +UPMC,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
15077348       +UPMC Altoona,    P.O. Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 19 2019 02:59:19
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2019 03:00:56
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-7          User: lfin              Page 2 of 3                   Date Rcvd: Jul 18, 2019
                              Form ID: pdf900         Total Noticed: 95

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15077260       +E-mail/Text: EBNProcessing@afni.com Jul 19 2019 02:54:06      AFNI,    1310 MLK Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
15077259       +E-mail/Text: katie.wilson@advanceddisposal.com Jul 19 2019 02:53:28      Advanced Disposal,
                 6330 Route 219,    Brockway, PA 15824-5016
15077261       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 19 2019 02:53:22      Alliance One,
                 4850 Street Rd. Suite 300,    Feasterville Trevose, PA 19053-6643
15077262       +E-mail/Text: ally@ebn.phinsolutions.com Jul 19 2019 02:53:22      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
15077266       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jul 19 2019 02:54:45
                 Barks Credit & Collections,    P.O. Box 329,    Temple, PA 19560-0329
15077273       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 19 2019 02:54:40
                 CCS/Nationwide Insurance,    725 Canton Street,    Norwood, MA 02062-2679
15077268       +E-mail/Text: bankruptcy@cavps.com Jul 19 2019 02:54:14      Calvary Portfolio Services,
                 500 Summit Lake Drive,    Suite 400,   Valhalla, NY 10595-2322
15077270       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2019 02:59:17      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
15077269       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2019 03:00:04      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
15080683       +E-mail/Text: bankruptcy@cavps.com Jul 19 2019 02:54:14      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15077280       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 19 2019 02:54:03      Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
15077286       +E-mail/Text: csd1clientservices@cboflanc.com Jul 19 2019 02:54:22
                 Credit Bureau of Lancaster County, Inc.,     P.O. Box 1271,    Lancaster, PA 17608-1271
15077287       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 19 2019 02:54:40
                 Credit Collections Services,    Two Wells Avenue,,    Newton Center, MA 02459-3246
15077290       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 19 2019 02:54:20
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15077289       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 19 2019 02:54:20
                 Credit Management Company,    2121 Noblestown Road,    Attn: Bankruptcy Dept.,
                 Pittsburgh, PA 15205-3956
15077293       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jul 19 2019 02:59:22      Exeter Finance Corp.,
                 P.O. Box 166008,   Irving, TX 75016-6008
15087043       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jul 19 2019 02:59:22      Exeter Finance LLC,
                 P.O. Box 167399,   Irving, TX 75016-7399
15077302        E-mail/Text: cio.bncmail@irs.gov Jul 19 2019 02:53:29      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,   Philadelphia, PA 19114-0326
15077309       +E-mail/Text: ebn@ltdfin.com Jul 19 2019 02:53:32      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
15077310       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2019 02:59:28      LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
15077308       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2019 02:59:58      Lowes,   P,O, Box 530914,
                 Atlanta, GA 30353-0914
15077315       +E-mail/Text: rcpsbankruptcynotices@parallon.com Jul 19 2019 02:54:42      Medicredit Inc.,
                 P.O. Box 1629,    Maryland Heights, MO 63043-0629
15077317       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2019 02:53:58      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
15077332        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2019 03:11:55
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
15077333       +E-mail/Text: bnc-quantum@quantum3group.com Jul 19 2019 02:53:39
                 Quantum3 Group LLC as agent for,    Cascade Capital LLC Series C,    P.O. Box 788,
                 Kirkland, WA 98083-0788
15077338       +E-mail/Text: bankruptcy@sw-credit.com Jul 19 2019 02:54:00      Southwest Credit Systems,
                 4120 International Parkway ste 1100,    Carrollton, TX 75007-1958
15077339       +E-mail/PDF: cbp@onemainfinancial.com Jul 19 2019 03:00:45      Springleaf,   P.O. Box 64,
                 Evansville, IN 47701-0064
15079213       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2019 02:59:57      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15077342       +E-mail/Text: bankruptcydepartment@tsico.com Jul 19 2019 02:54:26      Transworld Sytems,
                 P.O. Box 15273,    Wilmington, DE 19850-5273
15077346       +E-mail/Text: skorman@uoc.com Jul 19 2019 02:54:39      UOC,    101 Regent Court,
                 State College, PA 16801-7965
15077345       +E-mail/Text: bnc@alltran.com Jul 19 2019 02:53:24      United Recovery Systems,
                 P.O. Box 722929,    Houston, TX 77272-2929
15077349       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2019 02:53:16
                 Verizon,   Verizon Wireless Bankruptcy Administrati,     500 Technology Dr., Ste 500,
                 Saint Charles, MO 63304-2225
                                                                                             TOTAL: 34

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
15077312*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,     P.O. Box 8099,    Newark, DE 19714)
15077303*      +Internal Revenue Service,    Attn: Sandra Bence,    1000 Liberty Avenue, Stop 711B,
                 Pittsburgh, PA 15222-4107
15085704*      +MRS Associates,    1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
```

```
District/off: 0315-7           User: lfin                    Page 3 of 3                    Date Rcvd: Jul 18, 2019
                               Form ID: pdf900               Total Noticed: 95

15077267      ##+Beneficial,    P.O. Box 1231,    Brandon, FL 33509-1231
15077325      ##+PA Collection,    P.O. Box 893,    Washington, PA 15301-0893
                                                                                            TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5