WPAB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **19-70386-JAD** |
| | : | |
| **Jerry A. McKinney** | : | |
| **Kathy J. McKinney** | : | |
| Debtors | : | Chapter **13** |
| | : | |
| **Jerry A. McKinney** | : | |
| **Kathy J. McKinney** | : | |
| Movants | : | Related to Document No. **29 and 35** |
| v. | : | |
| | : | |
| No Respondent | : | Document No. |

**CERTIFICATE OF SERVICE OF ORDER OF COURT
REGARDING AMENDMENTS TO SCHEDULE F AND C ALONG WITH AMENDMENT,
AND MEETING OF CREDITORS NOTICE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **August 22, 2019**.

**Service by First Class Mail**
ACS/College Loan Corp., 501 Bleeker St., Utica, NY 13501

**Service by NEF**
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First Class Mail**. **And NEF**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: August 22, 2019          /s/ Donald R. Calaiaro
                                      **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                      dcalaiaro@c-vlaw.com
                                      /s/ David Z. Valencik
                                      **David Z. Valencik, Esquire,   PA I.D. #308361**
                                      dvalencik@c-vlaw.com
                                      **CALAIARO VALENCIK
                                      938 Penn Avenue, Suite 501
                                      Pittsburgh, PA  15222
                                      (412) 232-0930**