## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Jerry A. McKinney and | : | Case No.: 19-70386-JAD |
| Kathy J. McKinney, | : | |
|         Debtors. | : | Chapter 13 |
| | : | |

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

TO:  The Clerk of Courts

      Please enter our appearance as Counsel to The Debt Doctors, LLC, a creditor in the above-captioned matter.  We request copies of further Notices and Orders in accordance with the attached Declaration.

      Please enter the address below as the mailing address for this Attorney.  All notices should be mailed to the following addresses:

> **Matthew Herron, Esquire**
> **The Debt Doctors, LLC**
> **607 College Street, Suite 101**
> **Pittsburgh, PA 15232**

Dated: September 5, 2019

                                              By:  /s/ *Matthew M. Herron*
                                              Matthew M. Herron, Esquire
                                              PA I.D. No.:  88927
                                              The Debt Doctors, LLC
                                              607 College Street, Suite 101
                                              Pittsburgh, PA 15232
                                              (412) 395-6001
                                              mmh@thedebtdoctors.com

## DECLARATION IN LEIU OF AFFIDAVIT
### Regarding Request to be Added to the Mailing Matrix

I, Matthew M. Herron, Esq., and the law firm of The Debt Doctors, LLC, am a creditor in the above-captioned bankruptcy case, and we are authorized to make the accompanying request for notices. The **address shown on the preceding page** should be used and added to the mailing list.

We declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2019

By: /s/ *Matthew M. Herron*
Matthew M. Herron, Esquire
PA I.D. No.: 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com