**WPAB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  19-70386-JAD |
|     Jerry A. McKinney | : | |
|     Kathy J. McKinney | : | |
|         Debtor | : | |
| | : | Chapter 11 |
| | : | |
|     Jerry A. McKinney | : | |
|     Kathy J. McKinney | : | |
|         Movant | : | |
| | : | Related to Document No. # |
|     v. | : | |
| | : | |
| Holiday Financial | : | |
| | : | |
|         Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Donald R. Calaiaro, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:   /s/David Z. Valencik, Esquire_____
Signature

Calaiaro Valencik_____
Typed Name

938 Penn Ave., Suite 501, Pittsburgh, PA 15222
Address

(412) 232-0930/dvalencik@c-vlaw.com
Phone No. and Email Address

PA ID #308361_____
List Bar I.D. and State of Admission

Holiday Financial
1800 Daisy Street, Ext.
St. Clearfield, PA 16830