WPAB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **19-70386-JAD** |
| | : | |
| **Jerry A. McKinney** | : | |
| **Kathy J. McKinney** | : | |
| Debtors | : | Chapter **13** |
| | : | |
| **Jerry A. McKinney** | : | |
| **Kathy J. McKinney** | : | |
| Movants | : | Related to Document No. **46 and 48** |
| v. | : | |
| | : | |
| No Respondent | : | Document No. |

**CERTIFICATE OF SERVICE OF ORDER OF COURT
REGARDING AMENDMENTS TO SCHEDULE F AND C ALONG WITH AMENDMENT,
AND MEETING OF CREDITORS NOTICE**

   I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **September 11, 2019**.

   **Service by First Class Mail**
   Holiday Financial, 1800 Daisy Street Ext. St., Clearfield, PA 16830
   Jerry & Kathy McKinney, 276 Ida Street, Houtzdale, PA 16651

   **Service by NEF**
   Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
   Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

   The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  **First Class Mail**. **And NEF**

   If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 11, 2019          /s/ Donald R. Calaiaro
                                         **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                         dcalaiaro@c-vlaw.com
                                         /s/ David Z. Valencik
                                         **David Z. Valencik, Esquire,   PA I.D. #308361**
                                         dvalencik@c-vlaw.com
                                         **CALAIARO VALENCIK**
                                         **938 Penn Avenue, Suite 501**
                                         **Pittsburgh, PA  15222**
                                         **(412) 232-0930**