# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
|       **Debtors,** | ) |
| Jerry A. McKinney and | ) **Related Document No.** 56-54 |
| Kathy J. McKinney, | ) |
| **Movants,** | ) |
|     **v.** | ) |
| M&T Bank, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Loss Mitigation Order

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 1, 2019.

**SERVICE BY MAIL**:
Mr. and Mrs. Jerry McKinney, 276 Ida Street, Houtzdale, PA 16651
**SERVICE BY NEF**:
James Warmbrodt on behalf of Creditor Lakeview Loan Servicing, LLC; bkgroup@kmllawgroup.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** October 1, 2019    /s/ David Z. Valencik
    **David Z. Valencik, Esquire,   PA I.D. #308361**
    **dvalencik@c-vlaw.com**

    **CALAIARO VALENCIK**
    **938 Penn Avenue, Suite 501**
    **Pittsburgh, PA  15222-3708**
    **(412) 232-0930**