**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Jerry A. McKinney and | ) **Related Document No.** 64 |
| Kathy J. McKinney, | ) |
| **Movants,** | ) **Hearing Date:** 12/13/19 @ 11:00 a.m. |
| M&T Bank c/o Lakeview Loan Servicing, | ) **Response Due:** 12/02/19 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondents.** | ) **Document No.** 65 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF
Jerry A. McKinney and Kathy J. McKinney FOR Objection to Notice of Mortgage
Payment Change**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **December 2, 2019**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **December 13, 2019, at 11:00 a.m.** before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901*. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| **Date of Service:** November 15, 2019 | /s/ David Z. Valencik |
| | **David Z. Valencik, Esquire,   PA I.D. #308361** |
| | **dvalencik@c-vlaw.com** |
| | **CALAIARO VALENCIK** |
| | **938 Penn Avenue, Suite 501** |
| | **Pittsburgh, PA  15222-3708** |
| | **(412) 232-0930** |

* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Jerry A. McKinney and | ) **Related Document No.** 64 |
| Kathy J. McKinney, | ) |
| **Movants,** | ) **Hearing Date:** 12/13/19 @ 11:00 a.m. |
| M&T Bank c/o Lakeview Loan Servicing, | ) **Response Due:** 12/02/19 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondents.** | ) **Document No.** 65 |

**CERTIFICATE OF SERVICE OF Notice of Hearing and
Objection to Notice of Mortgage Payment Change**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 15, 2019.

**Service by First-Class Mail:**
Mr. and Mrs. Jerry McKinney, 276 Ida Street, Houtzdale, PA 16651
**Service by NEF**:
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
James Warmbrodt on behalf of Creditor Lakeview Loan Servicing, LLC; bkgroup@kmllawgroup.com
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** November 15, 2019        /s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com

**CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**