# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JERRY A. & KATHY J. MCKINNEY
**Case Number:** 19-70386-JAD    **Chapter:** 13
**Date / Time / Room:** FRIDAY, DECEMBER 13, 2019 11:00 AM    COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Debtors' Objection To Notice Of Mortgage Payment Change Re: Claim No. 13 [Issued 10/25/2019 by Lakeview Loan Servicing, LLC c/o M&T Bank]
- Response filed by Lakeview Loan Servicing 12/2/2019 at ECF No. 67 [Due 12/2/2019]
R / M #: 64 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTORS: DAVID Z. VALENCIK, ESQUIRE
CREDITOR: JAMES C. WARMBRODT, ESQUIRE for LAKEVIEW LOAN SERVICING

## Proceedings:

✓ Motion is GRANTED / (DENIED)  — Overruled!
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ___ To Conciliation Conference For _____ at
        _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Debtors' Objection is overruled - Order to be issued.**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
12/17/19 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA