# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and ) | |
| Kathy J. McKinney, ) | **Chapter** 13 |
|         **Debtors,** ) | |
| Jerry A. McKinney and ) | **Related Document No.** 71-54 |
| Kathy J. McKinney, ) | |
| **Movants,** ) | |
|         **v.** ) | |
| M&T Bank, ) | |
| **Respondent.** ) | **Document No.** |

## CERTIFICATE OF SERVICE OF Interim Mortgage Modification Order

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 30, 2019.

**SERVICE BY E-MAIL:**
Ronda J. Winnecour, Chapter 13 Trustee; LMP@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: E-mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** December 30, 2019      /s/ David Z. Valencik
                                                            **David Z. Valencik, Esquire,   PA I.D. #308361**
                                                            dvalencik@c-vlaw.com

                                                            **CALAIARO VALENCIK**
                                                           **938 Penn Avenue, Suite 501**
                                                           **Pittsburgh, PA  15222-3708**
                                                           **(412) 232-0930**