IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jerry A. McKinney and<br>Kathy J. McKinney,<br>    **Debtors,**<br>Kathy J. McKinney,<br>    **Movant,**<br>    vs.<br>Standing Chapter 13 Trustee and<br>BB&T,<br>    **Respondents.** | ) Bankruptcy No. 19-70386-JAD<br>)<br>) Chapter 13<br>)<br>) Related Doc. No. 76<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

**AND NOW,** to-wit, this 3rd day of February, 2020, on motion of the Debtors, it is hereby **ORDERED, ADJUDGED AND DECREED** that the wage order dated August 8, 2019, at Doc. No. 32, attaching the wages of the Debtor, Kathy J. McKinney at BB&T, is hereby TERMINATED.

By the Court,

_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Jerry A. and Kathy J. McKinney
    David J. Valencik, Esquire
    BB&T
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
2/3/20 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jerry A. McKinney  
Kathy J. McKinney  
    Debtors

Case No. 19-70386-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: msch    Page 1 of 1    Date Rcvd: Feb 03, 2020  
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.  
db/jdb    +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
        E-mail/Text: bankruptcy@bbandt.com Feb 04 2020 03:56:51    BB&T,    Attn: Payroll Department,    223 West Nash Street,    Wilson, NC 27893
        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:  
    David Z. Valencik    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com  
    David Z. Valencik    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com  
    James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
    Matthew M. Herron    on behalf of Creditor    The Debt Doctors, LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        TOTAL: 6