## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
|     **Debtors,** | ) |
| Jerry A. McKinney and | ) **Hearing Date:** 05/27/20 @ 10:00 a.m. |
| Kathy J. McKinney**,** | ) |
|     **Movants,** | ) **Response Due:** 05/07/20 |
|     **vs.** | ) |
| M&T Bank and | ) |
| Ronda Winnecour, Chapter 13 Trustee, | ) |
|     **Respondent.** | ) **Document No.** |

### ORDER OF COURT

**AND NOW**, this ___ day of _____ 2020, after notice and a hearing, it is **ORDERED as follows:**

1. M&T Bank shall endorse the reissued insurance check made payable to the Debtors and M&T Mortgage Corp. in the amount of $4,600.00 to Lennox Contracting for the repair of Debtors' damaged roof.

2. M&T Bank shall pay Lennox Contracting directly for any additional damages caused by their delay and refusal to execute the insurance check in August 2019.

3. M&T Bank shall pay counsel fees to Calaiaro Valencik in the amount of $_____.

4. _____.

        **By the Court,**

        _____
        **Honorable Jeffery A. Deller**
        **United States Bankruptcy Court**