# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JERRY A. & KATHY J. MCKINNEY
**Case Number:** 19-70386-JAD                **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 21, 2020 10:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/22/20 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#23 - Confirmation of Amended Plan Dated 7/11/2019  (NFC)
R / M #:  23 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour  /  Pail  /  Katz  /  DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __8/27/20__ at __10:00 Am__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/13/2020   2:36:50PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-70386-JAD
Jerry A. McKinney                                                       Chapter 13
Kathy J. McKinney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7            User: msch            Page 1 of 4            Date Rcvd: May 22, 2020
                               Form ID: pdf900        Total Noticed: 105


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db/jdb      +Jerry A. McKinney,   Kathy J. McKinney,   276 Ida Street,   Houtzdale, PA 16651-8542
sp          +Adam N. Quatrini,   Quatrini Rafferty, P.C.,   550 East Pittsburgh Street,
             Greensburg, PA 15601-2663
sp          +Quatrini Rafferty, P.C.,   550 East Pittsburgh Street,   Greensburg, PA 15601-2663
cr          +The Debt Doctors, LLC,   607 College Street,   Suite 101,   Pittsburgh, PA  15232,
             UNITED STATES 15232-1700
15077258    +ACS/College Loan Corp.,   501 Bleecker St.,   Utica, NY 13501-2401
15077264    +AM Std Asst.,   100 Cambreidge St., Suite 1600,   Boston, MA 02114-2518
15077263     Altoona Regional,   820 Howard Ave.,   Altoona, PA 16601
15077265    +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
15077272    +CBCS,   PO Box 2724,   Columbus, OH 43216-2724
15077284   ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
            (address filed with court: Continental Finance,   P.O. Box 105125,   Atlanta, GA 30348)
15077274    +Centre Diagnostic,   P.O. Box 197,   State College, PA 16804-0197
15077275    +Centre Emergency Med.,   P.O. Box 6009,   Hermitage, PA 16148-1009
15077278    +Clair and Eleanor Godissart,   525 Keystone Hill Road,   Philipsburg, PA 16866-8305
15077279    +Clearfield Hospital,   P.O. Box 731584,   Dallas, TX 75373-1584
15077281    +Comcast Cable,   P.O. Box 23870,   Jacksonville, FL 32241-3870
15077282    +Commonwealth of PA,   118 Enterprise Drive,   Philipsburg, PA 16866-3172
15077283     Complete Payment Recovery,   3500 5th Street,   River Falls, AL 36476
15077288    +Credit Control Collections,   2410 Broad Avenue,   Altoona, PA 16601-1940
15077291    +David J. Hickton, Esq.,   US Postal Office & Courthouse,   700 Grant Street, Suite 4000,
             Pittsburgh, PA 15219-1956
15077292    +Delta Management Associates, Inc.,   100 Everatt Avenue, Suite 6,   P.O. Box 9191,
             Chelsea, MA 02150-9191
15099528     ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
15077294     Fst Premier,   601 S. Minneapolis Ave.,   Sioux Falls, SD 57104
15077295    +Geisinger,   P.O. Box 27727,   Newark, NJ 07101-7727
15077296    +Geisinger Health System,   100 N. Academy Avenue,   Danville, PA 17822-0001
15077299     HSBC,   P.O. Box 7114,   Charlotte, NC 28272
15077300    +HSBC Mortgage Services Inc.,   636 Grand Regency Boulevard,   Brandon, FL 33510-3942
15077297    +Holiday Financial,   1800 Daisy Street, Ext. St.,   Clearfield, PA 16830-3265
15077298    +Home Health Ressource,   P.O. Box 13150,   Overland Park, KS 66282-3150
15077301    +ICN IPA Collection,   P.O. Box 893,   Washington, PA 15301-0893
15077304    +KML Law Group, P.C.,   Mellon Independence Center-Suite 5000,   701 Market Street,
             Philadelphia, PA 19106-1538
15077305    +L.S. Ross Assoc.,   P.O. Box 6099,   Jackson, MI 49204-6099
15077306    +Laffey & Associates,   415 Chartiers Avenue,   Carnegie, PA 15106-2356
15077307    +Laurel Eye Clinic,   P.O. Box 1180,   Sharpsburg, GA 30277-0964
15077311    +M&T Bank/Lakeview,   P.O. Box 840,   Buffalo, NY 14240-0840
15077319    +MRS Associates,   1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
15077313    +Matt Harron, Nick Miller & Amy Buchanan,   Attorneys at Law,   607 College Street, Suite 101,
             Pittsburgh, PA 15232-1700
15077314    +Med East Post Opd Surgical,   P.O. Box 822796,   Philadelphia, PA 19182-2796
15077316     Meredith Manor,   Waverly, WV 26184
15085703    +Meredith Manor,   147 Saddle Ln,   Waverly, WV 26184-3254
15077318     Mihalkd's,   One Hillside Drive,   Altoona, PA 16601
15077320    +Mt. Nittany Medical Center,   P.O. Box 536317,   Pittsburgh, PA 15253-5905
15077321    +Mt. Nittany Physician Group,   P.O. Box 6005,   Hermitage, PA 16148-1005
15077323    +National Recovery,   2491 PaxtonSt.,   Harrisburg, PA 17111-1036
15077324    +Northland Group Inc.,   P.O. Box 129,   Thorofare, NJ 08086-0129
15118162    +Penelec,   c/o FirstEnergy/Penelec,   101 Crawford's Corner Rd.,   Bldg. #1, Ste. 1-511,
             Holmdel, NJ 07733-1976
15077326    +Penelec/First Energy,   P.O. Box 16001,   Reading, PA 19612-6001
15077327    +Penn Credit,   Attn: Bankruptcy,   P.O. Box 988,   Harrisburg, PA 17108-0988
15077328    +Penn Credt,   916 S. 14th St.,   P.O. Bo 988,   Harrisburg, PA 17108-0988
15077329    +Penn Highlands,   P.O. Box 16157,   Rocky River, OH 44116-0157
15077330    +Penn Highlands Clfd,   P.O. Box 893,   Washington, PA 15301-0893
15077331    +Penn Highlands Dubois,   P.O. Box 447,   Du Bois, PA 15801-0447
15077334    +Quest Diagnostics Venture, LLC,   P.O. Box 740717,   Cincinnati, OH 45274-0717
15077335     R&R Radiology Consultants,   P.O. Box 129,   State College, PA 16803
15077336    +Scheer, Green & Burke,   P.O. Box 1312,   Toledo, OH 43603-1312
15077337    +Schumacher Group,   165 Caprice Court, Unit B,   Castle Rock, CO 80109-1559
15077340    +The Caring Healthcare Network,   601 N. Front Street,   Philipsburg, PA 16866-2303
15117943    +The Debt Doctors, LLC,   607 College Street, Suite 101,   Pittsburgh, PA 15232-1700
15077341    +The HMC Group,   Collection Agency,   P.O. Box 16211,   Rocky River, OH 44116-0211
15077343    +Tribute Card,   Attn: Bankruptcy,   P.O. Box 105555,   Atlanta, GA 30348-5555
15077344    +Tyrone Hospital,   9245 Watson Industrial Park,   Saint Louis, MO 63126-1518
15077347    +UPMC,   P.O. Box 371472,   Pittsburgh, PA 15250-7472
15077348    +UPMC Altoona,   P.O. Box 1123,   Minneapolis, MN 55440-1123

District/off: 0315-7           User: msch              Page 2 of 4              Date Rcvd: May 22, 2020
                              Form ID: pdf900          Total Noticed: 105


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 23 2020 02:43:35
             Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2020 08:21:36
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15077260    +E-mail/Text: EBNProcessing@afni.com May 23 2020 02:41:00      AFNI,    1310 MLK Drive,
             P.O. Box 3517,    Bloomington, IL 61702-3517
15077259    +E-mail/Text: katie.wilson@advanceddisposal.com May 23 2020 02:40:27      Advanced Disposal,
             6330 Route 219,    Brockway, PA 15824-5016
15077261    +E-mail/Text: kristin.villneauve@allianceoneinc.com May 23 2020 02:39:49      Alliance One,
             4850 Street Rd. Suite 300,    Feasterville Trevose, PA 19053-6643
15077262    +E-mail/Text: ally@ebn.phinsolutions.com May 23 2020 02:39:49      Ally Financial,
             200 Renaissance Ctr,    Detroit, MI 48243-1300
15077266    +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 23 2020 02:41:26
             Barks Credit & Collections,    P.O. Box 329,    Temple, PA 19560-0329
15077273    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 23 2020 02:41:21
             CCS/Nationwide Insurance,    725 Canton Street,    Norwood, MA 02062-2679
15077268    +E-mail/Text: bankruptcy@cavps.com May 23 2020 02:41:07      Calvary Portfolio Services,
             500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
15077270    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2020 02:43:34      Capital One,
             P.O. Box 30285,    Salt Lake City, UT 84130-0285
15077269    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2020 02:43:04      Capital One,
             Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15099544     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2020 02:43:05
             Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
15080683    +E-mail/Text: bankruptcy@cavps.com May 23 2020 02:41:07      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15077280    +E-mail/Text: bankruptcy@firstenergycorp.com May 23 2020 02:40:57      Collection Service Center,
             839 5th Avenue,    New Kensington, PA 15068-6303
15077285    +E-mail/Text: ebnnotifications@creditacceptance.com May 23 2020 02:40:19
             Credit Acceptance Corporation,    25505 W. 12 Mile Rd., Suite 3000,    Southfield, MI 48034-8331
15077286    +E-mail/Text: csd1clientservices@cboflanc.com May 23 2020 02:41:11
             Credit Bureau of Lancaster County, Inc.,    P.O. Box 1271,    Lancaster, PA 17608-1271
15077287    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 23 2020 02:41:21
             Credit Collections Services,    Two Wells Avenue,,    Newton Center, MA 02459-3246
15077290    +E-mail/Text: bdsupport@creditmanagementcompany.com May 23 2020 02:41:09
             Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15077289    +E-mail/Text: bdsupport@creditmanagementcompany.com May 23 2020 02:41:09
             Credit Management Company,    2121 Noblestown Road,    Attn: Bankruptcy Dept.,
             Pittsburgh, PA 15205-3956
15077293    +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 23 2020 02:43:07      Exeter Finance Corp.,
             P.O. Box 166008,    Irving, TX 75016-6008
15087043    +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 23 2020 02:43:36      Exeter Finance LLC,
             P.O. Box 167399,    Irving, TX 75016-7399
15077303    +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 23 2020 02:40:29      Internal Revenue Service,
             Attn: Sandra Bence,    1000 Liberty Avenue, Stop 711B,    Pittsburgh, PA 15222-4107
15077276     E-mail/PDF: ais.chase.ebn@americaninfosource.com May 23 2020 02:42:36      Chase Card,
             Attn: Correspondence,    P.O. Box  15298,    Wilmington, DE 19850
15077277     E-mail/PDF: ais.chase.ebn@americaninfosource.com May 23 2020 02:43:32      Chase Mortgage,
             P.O. Box 24696,    Columbus, OH 43224
15077309    +E-mail/Text: ebn@ltdfin.com May 23 2020 02:40:32      LTD Financial Services,
             7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
15077310    +E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2020 02:42:44      LVNV Funding LLC,
             P.O. Box 10497,    Greenville, SC 29603-0497
15116944     E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2020 02:42:44      LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15117945     E-mail/Text: camanagement@mtb.com May 23 2020 02:40:33      Lakeview Loan Servicing, LLC,
             c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
15077308    +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:42:59      Lowes,    P,O, Box 530914,
             Atlanta, GA 30353-0914
15077315    +E-mail/Text: rcpsbankruptcynotices@parallon.com May 23 2020 02:41:23      Medicredit Inc.,
             P.O. Box 1629,    Maryland Heights, MO 63043-0629
15077317    +E-mail/Text: bankruptcydpt@mcmcg.com May 23 2020 02:40:52      Midland Funding,
             8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
15077322    +E-mail/Text: bankruptcy@ncaks.com May 23 2020 02:40:19      National Credit Adjusters,
             P.O. Box 3023,    Hutchinson, KS 67504-3023
15077332     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2020 08:21:36
             Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
15077333    +E-mail/Text: bnc-quantum@quantum3group.com May 23 2020 02:40:39
             Quantum3 Group LLC as agent for,    Cascade Capital LLC Series C,    P.O. Box 788,
             Kirkland, WA 98083-0788
15077338    +E-mail/Text: bankruptcy@sw-credit.com May 23 2020 02:40:54      Southwest Credit Systems,
             4120 International Parkway ste 1100,    Carrollton, TX 75007-1958
15077339    +E-mail/PDF: cbp@onemainfinancial.com May 23 2020 02:42:27      Springleaf,    P.O. Box 64,
             Evansville, IN 47701-0064

```
District/off: 0315-7          User: msch            Page 3 of 4           Date Rcvd: May 22, 2020
                             Form ID: pdf900         Total Noticed: 105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15079213       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:42:32      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15077342       +E-mail/Text: bankruptcydepartment@tsico.com May 23 2020 02:41:15      Transworld Sytems,
                 P.O. Box 15273,   Wilmington, DE 19850-5273
15077346       +E-mail/Text: skorman@uoc.com May 23 2020 02:41:21      UOC,   101 Regent Court,
                 State College, PA 16801-7965
15077345       +E-mail/Text: bnc@alltran.com May 23 2020 02:40:22      United Recovery Systems,
                 P.O. Box 722929,   Houston, TX 77272-2929
15110575        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2020 02:42:45      Verizon,
                 by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
15077349       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 23 2020 02:39:44
                 Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Technology Dr., Ste 500,
                 Saint Charles, MO 63304-2225
15146031       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 23 2020 02:43:35
                 Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                   TOTAL: 43


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr*            +Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
15077312*      ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,   P.O. Box 8099,   Newark, DE 19714)
15120730*      +Holiday Financial,   1800 Daisy Street, Ext.,   St. Clearfield, PA 16830-3265
15077302*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   Centralized Insolvency Operations,
                 P.O. Box 21126,   Philadelphia, PA 19114-0326)
15085704*      +MRS Associates,   1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
15117263*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
15077267       ##+Beneficial,   P.O. Box 1231,   Brandon, FL 33509-1231
15077271       ##+Cawley & Bergmann, LLP,   117 Kinderkamack Road, Suite 201,   River Edge, NJ 07661-1916
15077325       ##+PA Collection,   P.O. Box 893,   Washington, PA 15301-0893
                                                                              TOTALS: 1, * 6, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
        David Z. Valencik    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com,
         cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
         vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
        David Z. Valencik    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com,
         cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
         vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
        James  Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
        Mark B. Peduto    on behalf of Debtor Jerry A. McKinney mpeduto@c-vlaw.com,
         jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com

```
District/off: 0315-7          User: msch              Page 4 of 4            Date Rcvd: May 22, 2020
                             Form ID: pdf900          Total Noticed: 105
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark B. Peduto    on behalf of Joint Debtor Kathy J. McKinney mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-law.com;apratt@c-vaw.com
              Matthew M. Herron    on behalf of Creditor    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 8