# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
|     **Debtors,** | ) |
| Jerry A. McKinney and | ) **Related Document No.** 89-90 |
| Kathy J. McKinney**,** | ) |
|     **Movants,** | ) **Hearing Date:** 06/12/20 @ 11:00 a.m. |
|     **vs.** | ) **Response Due:** 05/25/20 |
| Ronda Winnecour, Chapter 13 Trustee, | ) |
|     **Respondent.** | ) **Document No.** 90 |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE POSTPETITION AUTOMOBILE FINANCING-
### Document No. 89

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Approve Post-petition Automobile Financing** filed on August 21, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Approve Post-petition Automobile Financing** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Approve Post-petition Automobile Financing** were to be filed and served no later than September 9, 2019.

It is hereby respectfully requested that the Order attached to the **Motion to Approve Post-petition Automobile Financing** be entered by the Court.

**Dated:** May 26, 2020        /s/ Mark B. Peduto _____
                                           **Mark B. Peduto, Esquire, PA I.D. #62923**
                                           mpeduto@c-vlaw.com
                                           **CALAIARO VALENCIK**
                                           **938 Penn Avenue, Suite 501**
                                           **Pittsburgh, PA  15222**
                                           **(412) 232-0930**