# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and ) | |
| Kathy J. McKinney, ) | **Chapter** 13 |
| **Debtors,** ) | |
| Jerry A. McKinney and ) | **Related Document No.** 98 |
| Kathy J. McKinney, ) | |
| **Movants,** ) | **Hearing Date:** 07/08/20 @ 10:00 a.m. |
| v. ) | **Response Due:** 06/22/20 |
| M&T Bank, ) | |
| **Respondent.** ) | **Document No.** 99 |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF JERRY A. MCKINNEY AND KATHY J. MCKINNEY FOR MOTION TO APPROVE LOAN MODIFICATION

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 22, 2020**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **July 8, 2020, at 10:00 a.m.** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with Court Call at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Dated:** June 4, 2020          **BY:** /s/ Mark B. Peduto
**Mark B. Peduto, PA I.D. #62923**
**mpeduto@c-vlaw.com**

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** ) | **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and ) | |
| Kathy J. McKinney, ) | **Chapter** 13 |
| **Debtors,** ) | |
| Jerry A. McKinney and ) | **Related Document No.** 98 |
| Kathy J. McKinney, ) | |
| **Movants,** ) | **Hearing Date:** 07/08/20 @ 10:00 a.m. |
| v. ) | **Response Due:** 06/22/20 |
| M&T Bank, ) | |
| **Respondent.** ) | **Document No.** 99 |

**CERTIFICATE OF SERVICE OF Notice of Hearing and
Motion to Approve Loan Modification**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 4, 2020

**SERVICE BY MAIL**:
Mr. and Mrs. Jerry McKinney, 276 Ida Street, Houtzdale, PA 16651
**SERVICE BY NEF**:
James Warmbrodt on behalf of Creditor Lakeview Loan Servicing, LLC;
bkgroup@kmllawgroup.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** June 4, 2020        /s/ Mark B. Peduto
    **Mark B. Peduto, PA I.D. #62923**
    mpeduto@c-vlaw.com

    **CALAIARO VALENCIK**
    **938 Penn Avenue, Suite 501**
    **Pittsburgh, PA  15222-3708**
    **(412) 232-0930**