# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and ) | |
| Kathy J. McKinney, ) | **Chapter** 13 |
|     **Debtors,** ) | |
| Jerry A. McKinney and ) | **Hearing Date:** 07/08/20 @ 10:00 a.m. |
| Kathy J. McKinney, ) | |
|     **Movants,** ) | **Response Due:** 06/22/20 |
|     v. ) | |
| M&T Bank, ) | |
|     **Respondent.** ) | **Related to Document No.** 98-99 |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO APPROVE LOAN MODIFICATION
### - Document No. 98

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Approve Loan Modification** filed on June 4, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Approve Loan Modification** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Approve Loan Modification** were to be filed and served no later than June 22, 2020.

It is hereby respectfully requested that the Order attached to the **Motion to Approve Loan Modification** be entered by the Court.

**Dated:** June 23, 2020
    /s/ Mark B. Peduto_____
    **Mark B. Peduto, Esquire, PA I.D. #62923**
    **mpeduto@c-vlaw.com**
    **CALAIARO VALENCIK**
    **938 Penn Avenue, Suite 501**
    **Pittsburgh, PA  15222**
    **(412) 232-0930**