FILED
6/24/20 6:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| **In Re:** Jerry A. McKinney and Kathy J. McKinney, **Debtors,** Jerry A. McKinney and Kathy J. McKinney, **Movants,** v. M&T Bank, **Respondent.** | ) Bankruptcy No. 19-70386-JAD ) ) Chapter 13 ) ) Related To Doc. No. 98 ) ) ) ) ) |

## ORDER OF COURT

**AND NOW**, this 24th day of June, 2020, on motion of the Debtors, it is hereby

**ORDERED** that the Loan Modification Agreement between M&T Bank and the Debtors is approved with the following material terms:

A. **New Principal Balance**: The new principal balance now owed with respect to the Loan shall be $171,413.78 (the "New Principal Balance").

B. **Interest Rate**: The Debtors promise to pay the New Principal Balance plus interest. From the Effective Date of this Agreement, interest will be charged on the unpaid New Principal Balance at an annual rate equal to 3.8750% for the life of Debtors' modified account.

C. **Down Payment**: There is no down payment required for this modification.

D. **New Monthly Payment**: The new **total** monthly payment amount will be $1,083.34. The itemized breakdown of the total monthly payment is as follows:
   i. Principal and Interest portion of payment = $806.05.
   ii. Tax and Insurance portion of payment = $277.29.

E. **Payment Term**: The first New Monthly Payment will be due on May 1, 2020, with all of the subsequent New Monthly Payments due on the first day of each month following this date and continuing until the maturity date on April 1, 2050.

**IT IS ORDERED**, that all other terms of the Loan Modification Agreement are approved;

**IT IS ORDERED**, that the executed Home Affordable Loan Modification Agreement is approved.

By the Court,

_____
**Honorable Jeffery A. Deller**<sup>mas</sup>
**United States Bankruptcy Judge**

CASE ADMINISTRATOR SHALL SERVE:
    Jerry A. and Kathy J. McKinney
    Mark B. Peduto, Esquire
    James C. Warmbrodt, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee