Case 19-70386-JAD    Doc 105    Filed 07/04/20    Entered 07/05/20 00:35:01    Desc
Imaged Certificate of Notice    Page 1 of 4

FILED
7/2/20 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Jerry A. McKinney and<br>Kathy J. McKinney,<br>　　　　**Debtors,**<br>Jerry A. McKinney and<br>Kathy J. McKinney**,**<br>　　　　**Movants,**<br>　　　　**vs.**<br>Ronda Winnecour, Chapter 13 Trustee,<br>　　　　**Respondent.** | Bankruptcy No. 19-70386-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 103 |

## CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the *CONSENT MOTION TO APPROVE POSTPETITION AUTOMOBILE FINANCING* [Doc. No. 103] ("Motion") filed by Debtors on July 1, 2020. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.　　The *Motion* [Doc. No. 103] is **GRANTED** as provided by the terms of this *Order*. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

　　(a)　the total amount of financing **shall not exceed $19,750.00;**

　　(b)　the monthly payments made under the financing agreement **shall not exceed $475.00;**

　　(c)　the interest rate **shall not exceed 19.60%;**

　　(d)　the term **shall not exceed 72 months;** and

　　(e)　the down payment shall not exceed **$2,500.00**.

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

    (a) an amended chapter 13 plan; and

    (b) a report of financing;

4. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

5. Upon the filing of the report of financing, the chapter 13 trustee is authorized to cease making payments to Ally Financial. Pending confirmation of any amended plan providing for the new post-petition loan payments, the trustee is authorized to make monthly adequate protection payments to Bridgecrest for the contract amount so long as sufficient supplemental funds are provided by Debtors.

6. Notwithstanding the inclusion of the post-petition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of Bridgecrest.

7. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

8.  In the event that the desired vehicle is no longer available after approval of this Order, the Debtors may finance any vehicle under the same financial terms of this Order.

By the Court,

Dated: July 2, 2020

_____
Honorable Jeffery A. Deller
United States Bankruptcy Court

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)  Ronda J. Winnecour, Esq.  Office of the U.S. Trustee

**Consented:**

/s/ Katherine M. DeSimone
Kate DeSimone, Esquire PA ID# 42575
Office of Chapter 13 Trustee, Western District of Pennsylvania
600 Grant Street, Suite 3251
Chapter 13 Standing Trustee
Pittsburgh, PA, 15219-2702
kdesimone@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70386-JAD
Jerry A. McKinney                                                         Chapter 13
Kathy J. McKinney
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: lfin              Page 1 of 1              Date Rcvd: Jul 02, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db/jdb          +Jerry A. McKinney,    Kathy J. McKinney,   276 Ida Street,   Houtzdale, PA 16651-8542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Mark B. Peduto    on behalf of Joint Debtor Kathy J. McKinney mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com
              Mark B. Peduto    on behalf of Debtor Jerry A. McKinney mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com
              Matthew M. Herron    on behalf of Creditor    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8