IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/9/20 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | |
| JERRY A. McKINNEY and KATHY J. McKINNEY, | : : : | Bankruptcy No. 19-70386-JAD |
| Debtors. | : : | Chapter 13 |
| JERRY A. McKINNEY and KATHY J. McKINNEY, | : : : | |
| Movants, | : : | |
| v. | : : | Related To Doc. No. 82 |
| M&T BANK and RONDA J. WINNECOUR, CHAPTER TRUSTEE, | : : : | |
| Respondents. | : X | |

## ORDER CONTINUING HEARING

**AND NOW**, this **9th** day of **Juy**, **2020**, after notice and telephonic hearing held on July 8, 2020, **IT IS HEREBY ORDERED** that the hearing on the *Motion To Compel M&T Bank To Enforce Insurance Check For Roof Damage,* filed at Doc. No. 82 by Debtors, is **CONTINUED** to **Friday, August 21, 2020**, at **11:00 AM** at tcjad Telephone Conference - Deller.

Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to a scheduled hearing. All parties and counsel are directed to consult the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller* at www.pawb.uscourts.gov for a detailed description of the mechanics and rules of conduct regarding telephonic hearings.

_____
JEFFERY A. DELLER    mas
United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Mark B. Peduto, Esquire
James C. Warmbrodt, Esquire
Ronda J. Winnecour, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-70386-JAD
Jerry A. McKinney                                                       Chapter 13
Kathy J. McKinney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: msch              Page 1 of 1             Date Rcvd: Jul 09, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db/jdb         +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Mark B. Peduto    on behalf of Joint Debtor Kathy J. McKinney mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com
              Mark B. Peduto    on behalf of Debtor Jerry A. McKinney mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com
              Matthew M. Herron    on behalf of Creditor    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8