# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Jerry A. McKinney and | ) **Related to Document No.** 104 |
| Kathy J. McKinney, | ) |
| **Movants,** | ) |
| v. | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

## REPORT OF POSTPETITION AUTOMOBILE FINANCING

**AND NOW,** come the Debtors, by and through their attorneys, Calaiaro Valencik, and present the following:

1. The Debtors filed a Consent Motion to Approve Postpetition Automobile Financing on July 1, 2020, at Document No. 103.

2. An Order was entered on July 2, 2020, at Document No. 104, approving the the Debtors' Motion to Approve Postpetition Automobile Financing.

3. The Debtors purchased a 2018 Chevrolet Trax for $16,543.70. The financing term is 50 months with an interest rate of 16.87% and a monthly payment of $470.31.

**Respectfully submitted,**

**Dated:** August 3, 2020

**BY:**   /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
**mpeduto@c-vlaw.com**