# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
|     **Debtors,** | ) |
| Jerry A. McKinney and | ) **Hearing Date:** 10/28/20 @ 11:00 a.m. |
| Kathy J. McKinney**,** | ) |
|     **Movants,** | ) **Response Due:** |
|     vs. | ) |
| M&T Bank and | ) |
| Ronda Winnecour, Chapter 13 Trustee, | ) |
|     **Respondent.** | ) **Related to Document No. 87** |

## ORDER OF COURT

**AND NOW**, this ___ day of _____ 2020, after a hearing and at the direction of the Court, it is **ORDERED as follows:**

1. M&T Bank shall within 14 days of this Order file a statement that a complete claims package has been received or what specific items are needed.

2. A further hearing on this matter shall occur on November ____ 2020 at _____ AM.

3. _____.

                                                    **By the Court,**

                                                    _____
                                                    **Honorable Jeffery A. Deller**
                                                    **United States Bankruptcy Court**