FILED
10/29/20 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>Jerry A. McKinney and  )<br>Kathy J. McKinney,  )<br>　　　　Debtors,  )<br>Jerry A. McKinney and  )<br>Kathy J. McKinney,  )<br>　　　　Movants,  )<br>　　　vs.  )<br>M&T Bank and  )<br>Ronda Winnecour, Chapter 13 Trustee,  )<br>　　　　Respondent.  ) | Bankruptcy No. 19-70386-JAD<br><br>Chapter 13<br><br><br><br><br><br><br><br><br>Related to Doc. Nos. 82, 87 |

### ORDER OF COURT

**AND NOW**, this 29th day of October, 2020, after a hearing and at the direction of the Court, it is **ORDERED** as follows:

1.　M&T Bank shall, within 14 days of this Order, file a statement that identifies any remaining documents that it needs in order to confirm endorsement of the insurance check appropriate under its loan documents.

2.　A further hearing on Debtors' Motion To Compel M&T Bank To Endorse Insurance Check, filed at Doc. No. 82, is scheduled for **Wednesday, December 9, 2020**, at **11:00 AM** at **tcjad Telephone Conference - Deller**.

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Honorable Jeffery A. Deller**
　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Court**

CASE ADMINISTRATOR SHALL SERVE:
　　Mark B. Peduto, Esquire
　　Brian C. Nichols, Esquire
　　Ronda J. Winnecour, Esquire
　　Office of United States Trustee