FILED
10/29/20 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. **19-70386-JAD** |
| Jerry A. McKinney and ) | |
| Kathy J. McKinney, ) | Chapter 13 |
|     **Debtors,** ) | |
| Jerry A. McKinney and ) | |
| Kathy J. McKinney, ) | |
|     **Movants,** ) | |
|     vs. ) | |
| M&T Bank and ) | |
| Ronda Winnecour, Chapter 13 Trustee, ) | |
|     **Respondent.** ) | Related to Doc. Nos. 82, 87 |

### ORDER OF COURT

**AND NOW**, this 29th day of October, 2020, after a hearing and at the direction of the Court, it is **ORDERED as follows**:

1. M&T Bank shall, within 14 days of this Order, file a statement that identifies any remaining documents that it needs in order to confirm endorsement of the insurance check appropriate under its loan documents.

2. A further hearing on Debtors' Motion To Compel M&T Bank To Endorse Insurance Check, filed at Doc. No. 82, is scheduled for **Wednesday, December 9, 2020**, at **11:00 AM** at tcjad Telephone Conference - Deller.

By the Court,

_____
Honorable Jeffery A. Deller
United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
    Mark B. Peduto, Esquire
    Brian C. Nichols, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70386-JAD |
| Jerry A. McKinney | Chapter 13 |
| Kathy J. McKinney | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 2 |
| Date Rcvd: Oct 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Jerry A. McKinney, Kathy J. McKinney, 276 Ida Street, Houtzdale, PA 16651-8542

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**     **Name and Address**
jdb     *+     Kathy J. McKinney, 276 Ida Street, Houtzdale, PA 16651-8542

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 2 of 2 |
| Date Rcvd: Oct 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Mark B. Peduto
    on behalf of Joint Debtor Kathy J. McKinney mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Debtor Jerry A. McKinney mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Matthew M. Herron
    on behalf of Creditor The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8