# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jerry A. McKinney<br>Kathy J. McKinney<br>    <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 19-70386 JAD |
| Jerry A. McKinney<br>Kathy J. McKinney<br>    <u>Movants</u> | Hearing Date: 12/9/2020 @ 11am |
| M&T Bank<br>Rhonda Winnecour, Chapter 13 Trustee<br>    <u>Respondents</u> | Document Nos: 82, 126 |

## CONSENT ORDER WITHDRAWING
## MOTION TO COMPEL

.

WHEREAS on April 20, 2020, Jerry A. McKinney and Kathy J. McKinney (hereinafter "Debtors") filed a motion to compel M&T Bank to endorse an insurance check issued as the result of damage to real property located at 276 Ida Street, Houtzdale, PA; and

WHEREAS M&T Bank has issued three checks to Debtors totaling $4,612.11 as follows:

    (a) 10/30/2020 in the amount of $1,153.03 (Check# 204505009);
    (b) 11/5/2020 in the amount of $3,446.97 (Check# 204512320); and
    (c) 11/17/2020 in the amount of $12.11 (Check# 204524619)

WHEREAS M&T Bank has tendered all of the insurance proceeds it was holding to the Debtors; and

WHEREAS the only thing remaining for the Debtors to do is schedule a final inspection of the property once the repairs are complete;

WHEREAS the parties have amicably resolved the issue before the Court;

IT IS on this _____ day of _____ 2020 ORDERED as follows:

(1) The motion to compel is hereby withdrawn; and

   (2) The hearing scheduled for December 9, 2020 is canceled.

| | |
|---|---|
| **/s/Brian C. Nicholas, Esquire** | **/s/ Mark B. Peduto** |
| Brian C. Nicholas, Esquire | Mark B. Peduto |
| Attorney I.D. No. 317240 | Calaiaro Valencik |
| KML Law Group, P.C. | 938 Penn Ave |
| 701 Market Street, Suite 5000 | Suite 501 |
| Philadelphia, PA 19106 | Pittsburgh, PA 15222 |
| 201-549-2366 | 412-232-0930 |
| bnicholas@kmllawgroup.com | mpeduto@c-vlaw.com |
| Attorneys for Respondent, M&T Bank | Attorneys for Debtors, Jerry A. McKinney and Kathy J. McKinney |

     **BY THE COURT,**

     _____
     **Honorable Jeffery A. Deller**
     **United States Bankruptcy Court**