## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jerry A. McKinney<br>　　　　Kathy J. McKinney<br>　　　　　　　　**Debtors**<br><br>Jerry A. McKinney<br>Kathy J. McKinney<br>　　　　　　　　**Movants**<br><br>M&T Bank<br>Rhonda Winnecour, Chapter 13 Trustee<br>　　　　　　　　**Respondents** | Bankruptcy No. 19-70386-JAD<br><br>Chapter 13<br><br>Related to Doc. Nos. 131, 82 |

## CONSENT ORDER WITHDRAWING
## MOTION TO COMPEL

.

WHEREAS on April 20, 2020, Jerry A. McKinney and Kathy J. McKinney (hereinafter "Debtors") filed a motion to compel M&T Bank to endorse an insurance check issued as the result of damage to real property located at 276 Ida Street, Houtzdale, PA; and

WHEREAS M&T Bank has issued three checks to Debtors totaling $4,612.11 as follows:

(a) 10/30/2020 in the amount of $1,153.03 (Check# 204505009);
(b) 11/5/2020 in the amount of $3,446.97 (Check# 204512320); and
(c) 11/17/2020 in the amount of $12.11 (Check# 204524619)

WHEREAS M&T Bank has tendered all of the insurance proceeds it was holding to the Debtors; and

WHEREAS the only thing remaining for the Debtors to do is schedule a final inspection of the property once the repairs are complete;

WHEREAS the parties have amicably resolved the issue before the Court;

IT IS on this 3rd day of December, 2020, ORDERED as follows:

(1) The motion to compel is hereby withdrawn; and

(2) The hearing scheduled for December 9, 2020 is canceled.

| | |
|---|---|
| **/s/Brian C. Nicholas, Esquire** | **/s/ Mark B. Peduto** |
| Brian C. Nicholas, Esquire | Mark B. Peduto |
| Attorney I.D. No. 317240 | Calaiaro Valencik |
| KML Law Group, P.C. | 938 Penn Ave |
| 701 Market Street, Suite 5000 | Suite 501 |
| Philadelphia, PA 19106 | Pittsburgh, PA 15222 |
| 201-549-2366 | 412-232-0930 |
| bnicholas@kmllawgroup.com | mpeduto@c-vlaw.com |
| Attorneys for Respondent, M&T Bank | Attorneys for Debtors, Jerry A. McKinney and Kathy J. McKinney |

BY THE COURT,

Date: December 3, 2020

_____
**Honorable Jeffery A. Deller**  mas
**United States Bankruptcy Court**

CASE ADMINISTRATOR SHALL SERVE:
    Jerry A. and Kathy J. McKinney
    Brian C. Nichols, Esquire
    Mark B. Peduto, Esquire
    Ronda J. Winnecour, Esquire
    Office if United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70386-JAD |
| Jerry A. McKinney | Chapter 13 |
| Kathy J. McKinney | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry A. McKinney, Kathy J. McKinney, 276 Ida Street, Houtzdale, PA 16651-8542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Joint Debtor Kathy J. McKinney mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 2 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Mark B. Peduto
    on behalf of Debtor Jerry A. McKinney mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Matthew M. Herron
    on behalf of Creditor The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 8