FILED
2/1/21 5:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jerry A. McKinney and Kathy J. McKinney,  Debtors. | ) Case No. 19-70386-JAD ) ) ) Chapter 13 ) ) X  Related To Doc. Nos. 138, 128 |

### ORDER OF COURT
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**     ☐ **Chapter 13 Plan dated:** _____

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**     ☒ **Amended Chapter 13 dated: 11-25-2020**

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☒     A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be **$2,290.00**, beginning **February 21, 2021**. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

☒ B. The length of the Plan is changed to a total of at least 60 months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐ C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
_____

☐ H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:
_____

-2-

☐   I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:
_____

☒   J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
  ➢ Lakeview Loan Servicing Cl #13

☒   K.  Additional Terms and Conditions:
  ➢ Bridgecrest Credit Company Cl #15 governs as long term continuing debt in part 3.1 of plan

**2. Deadlines. The following deadlines are hereby established and apply to this case:**

A.  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

B.  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

C.  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

D.  **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

      3.      **Additional Provisions.** The following additional provisions apply in this case:

      A.      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

      B.      The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

      C.      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

      D.      Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

      E.      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

      F.      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed **secured claim** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

      G.      The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

      H.      The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: February 1, 2021

                                                               Honorable Jeffery A. Deller
                                                               United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 19-70386-JAD
Jerry A. McKinney                                                                                        Chapter 13
Kathy J. McKinney
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                     User: msch                                       Page 1 of 5
Date Rcvd: Feb 01, 2021                                  Form ID: pdf900                                  Total Noticed: 107

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry A. McKinney, Kathy J. McKinney, 276 Ida Street, Houtzdale, PA 16651-8542 |
| sp | + | Adam N. Quatrini, Quatrini Rafferty, P.C., 550 East Pittsburgh Street, Greensburg, PA 15601-2663 |
| sp | + | Quatrini Rafferty, P.C., 550 East Pittsburgh Street, Greensburg, PA 15601-2663 |
| cr | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15077258 | + | ACS/College Loan Corp., 501 Bleecker St., Utica, NY 13501-2401 |
| 15077264 | + | AM Std Asst., 100 Cambreidge St., Suite 1600, Boston, MA 02114-2518 |
| 15077263 |   | Altoona Regional, 820 Howard Ave., Altoona, PA 16601 |
| 15077265 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 15278121 |   | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15077272 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15077284 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance, P.O. Box 105125, Atlanta, GA 30348 |
| 15077274 | + | Centre Diagnostic, P.O. Box 197, State College, PA 16804-0197 |
| 15077275 | + | Centre Emergency Med., P.O. Box 6009, Hermitage, PA 16148-1009 |
| 15077278 | + | Clair and Eleanor Godissart, 525 Keystone Hill Road, Philipsburg, PA 16866-8305 |
| 15077279 | + | Clearfield Hospital, P.O. Box 731584, Dallas, TX 75373-1584 |
| 15077281 | + | Comcast Cable, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 15077282 | + | Commonwealth of PA, 118 Enterprise Drive, Philipsburg, PA 16866-3172 |
| 15077283 |   | Complete Payment Recovery, 3500 5th Street, River Falls, AL 36476 |
| 15077288 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 15077291 | + | David J. Hickton, Esq., US Postal Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15077292 | + | Delta Management Associates, Inc., 100 Everatt Avenue, Suite 6, P.O. Box 9191, Chelsea, MA 02150-9191 |
| 15099528 |   | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15077294 |   | Fst Premier, 601 S. Minneapolis Ave., Sioux Falls, SD 57104 |
| 15077295 | + | Geisinger, P.O. Box 27727, Newark, NJ 07101-7727 |
| 15077296 | + | Geisinger Health System, 100 N. Academy Avenue, Danville, PA 17822-0001 |
| 15077299 |   | HSBC, P.O. Box 7114, Charlotte, NC 28272 |
| 15077300 | + | HSBC Mortgage Services Inc., 636 Grand Regency Boulevard, Brandon, FL 33510-3942 |
| 15077297 | + | Holiday Financial, 1800 Daisy Street, Ext. St., Clearfield, PA 16830-3265 |
| 15077298 | + | Home Health Ressource, P.O. Box 13150, Overland Park, KS 66282-3150 |
| 15077301 | + | ICN IPA Collection, P.O. Box 893, Washington, PA 15301-0893 |
| 15077304 | + | KML Law Group, P.C., Mellon Independence Center-Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15077305 | + | L.S. Ross Assoc., P.O. Box 6099, Jackson, MI 49204-6099 |
| 15077306 | + | Laffey & Associates, 415 Chartiers Avenue, Carnegie, PA 15106-2356 |
| 15077307 | + | Laurel Eye Clinic, P.O. Box 1180, Sharpsburg, GA 30277-0964 |
| 15077311 | + | M&T Bank/Lakeview, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15077319 | + | MRS Associates, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15077313 | + | Matt Harron, Nick Miller & Amy Buchanan, Attorneys at Law, 607 College Street, Suite 101, Pittsburgh, PA 15232-1700 |
| 15077314 | + | Med East Post Opd Surgical, P.O. Box 822796, Philadelphia, PA 19182-2796 |
| 15077316 |   | Meredith Manor, Waverly, WV 26184 |
| 15085703 | + | Meredith Manor, 147 Saddle Ln, Waverly, WV 26184-3254 |
| 15077318 |   | Mihalkd's, One Hillside Drive, Altoona, PA 16601 |

| Recip ID | | Recipient |
|---|---|---|
| 15077320 | + | Mt. Nittany Medical Center, P.O. Box 536317, Pittsburgh, PA 15253-5905 |
| 15077321 | + | Mt. Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 15077323 | + | National Recovery, 2491 PaxtonSt., Harrisburg, PA 17111-1036 |
| 15077324 | + | Northland Group Inc., P.O. Box 129, Thorofare, NJ 08086-0129 |
| 15077325 | + | PA Collection, P.O. Box 893, Washington, PA 15301-0893 |
| 15118162 | + | Penelec, c/o FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15077326 | + | Penelec/First Energy, P.O. Box 16001, Reading, PA 19612-6001 |
| 15077327 | + | Penn Credit, Attn: Bankruptcy, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 15077328 | + | Penn Credt, 916 S. 14th St., P.O. Bo 988, Harrisburg, PA 17108-0988 |
| 15077329 | + | Penn Highlands, P.O. Box 16157, Rocky River, OH 44116-0157 |
| 15077330 | + | Penn Highlands Clfd, P.O. Box 893, Washington, PA 15301-0893 |
| 15077331 | + | Penn Highlands Dubois, P.O. Box 447, Du Bois, PA 15801-0447 |
| 15077334 | + | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15077335 | | R&R Radiology Consultants, P.O. Box 129, State College, PA 16803 |
| 15077336 | + | Scheer, Green & Burke, P.O. Box 1312, Toledo, OH 43603-1312 |
| 15077337 | + | Schumacher Group, 165 Caprice Court, Unit B, Castle Rock, CO 80109-1559 |
| 15077340 | + | The Caring Healthcare Network, 601 N. Front Street, Philipsburg, PA 16866-2303 |
| 15117943 | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232-1700 |
| 15077341 | + | The HMC Group, Collection Agency, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 15077343 | + | Tribute Card, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15077344 | + | Tyrone Hospital, 9245 Watson Industrial Park, Saint Louis, MO 63126-1518 |
| 15077347 | + | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15077348 | + | UPMC Altoona, P.O. Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 02 2021 07:47:20 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 07:49:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077260 | + | Email/Text: EBNProcessing@afni.com | Feb 02 2021 07:58:00 | AFNI, 1310 MLK Drive, P.O. Box 3517, Bloomington, IL 61702-3517 |
| 15077259 | + | Email/Text: katie.wilson@advanceddisposal.com | Feb 02 2021 07:57:00 | Advanced Disposal, 6330 Route 219, Brockway, PA 15824-5016 |
| 15077261 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 02 2021 07:57:00 | Alliance One, 4850 Street Rd. Suite 300, Feasterville Trevose, PA 19053-6643 |
| 15077262 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 02 2021 07:57:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15077266 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 02 2021 07:59:00 | Barks Credit & Collections, P.O. Box 329, Temple, PA 19560-0329 |
| 15077273 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 02 2021 07:59:00 | CCS/Nationwide Insurance, 725 Canton Street, Norwood, MA 02062-2679 |
| 15077268 | + | Email/Text: bankruptcy@cavps.com | Feb 02 2021 07:58:00 | Calvary Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 15077269 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 07:49:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15077270 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 07:45:24 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15099544 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 07:45:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15080683 | + | Email/Text: bankruptcy@cavps.com | Feb 02 2021 07:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 19-70386-JAD    Doc 140    Filed 02/03/21    Entered 02/04/21 00:48:16    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-7 | User: msch | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 01, 2021 | Form ID: pdf900 | Total Noticed: 107 |

| | | | |
|---|---|---|---|
| 15077280 | + Email/Text: bankruptcy@firstenergycorp.com | Feb 02 2021 07:58:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15077285 | + Email/Text: ebnnotifications@creditacceptance.com | Feb 02 2021 07:57:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 15077286 | + Email/Text: csd1clientservices@cboflanc.com | Feb 02 2021 07:58:00 | Credit Bureau of Lancaster County, Inc., P.O. Box 1271, Lancaster, PA 17608-1271 |
| 15077287 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 02 2021 07:59:00 | Credit Collections Services, Two Wells Avenue,, Newton Center, MA 02459-3225 |
| 15077289 | + Email/Text: bdsupport@creditmanagementcompany.com | Feb 02 2021 07:58:00 | Credit Management Company, 2121 Noblestown Road, Attn: Bankruptcy Dept., Pittsburgh, PA 15205-3956 |
| 15077290 | + Email/Text: bdsupport@creditmanagementcompany.com | Feb 02 2021 07:58:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15077293 | + Email/PDF: ais.exeter.ebn@americaninfosource.com | Feb 02 2021 07:45:28 | Exeter Finance Corp., P.O. Box 166008, Irving, TX 75016-6008 |
| 15087043 | + Email/PDF: ais.exeter.ebn@americaninfosource.com | Feb 02 2021 07:45:28 | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 15077303 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2021 07:57:00 | Internal Revenue Service, Attn: Sandra Bence, 1000 Liberty Avenue, Stop 711B, Pittsburgh, PA 15222-4107 |
| 15077276 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 02 2021 07:45:23 | Chase Card, Attn: Correspondence, P.O. Box 15298, Wilmington, DE 19850 |
| 15077277 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 02 2021 07:45:23 | Chase Mortgage, P.O. Box 24696, Columbus, OH 43224 |
| 15077309 | + Email/Text: ebn@ltdfin.com | Feb 02 2021 07:57:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 15077310 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2021 07:49:05 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15116944 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2021 07:47:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15117945 | Email/Text: camanagement@mtb.com | Feb 02 2021 07:57:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15077308 | + Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 07:45:21 | Lowes, P,O, Box 530914, Atlanta, GA 30353-0914 |
| 15077315 | + Email/Text: rcpsbankruptcynotices@parallon.com | Feb 02 2021 07:59:00 | Medicredit Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 15077317 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 02 2021 07:58:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 15077322 | + Email/Text: bankruptcy@ncaks.com | Feb 02 2021 07:57:00 | National Credit Adjusters, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 15077332 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 07:45:26 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15077333 | + Email/Text: bnc-quantum@quantum3group.com | Feb 02 2021 07:57:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series C, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15077338 | + Email/Text: bankruptcy@sw-credit.com | Feb 02 2021 07:58:00 | Southwest Credit Systems, 4120 International Parkway ste 1100, Carrollton, TX 75007-1958 |
| 15077339 | + Email/PDF: cbp@onemainfinancial.com | Feb 02 2021 07:45:20 | Springleaf, P.O. Box 64, Evansville, IN 47701-0064 |
| 15079213 | + Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 07:48:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | | |
|---|---|---|---|---|
| 15077342 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 02 2021 07:58:00 | Transworld Sytems, P.O. Box 15273, Wilmington, DE 19850-5273 |
| 15077346 | + | Email/Text: skorman@uoc.com | Feb 02 2021 07:59:00 | UOC, 101 Regent Court, State College, PA 16801-7965 |
| 15077345 | + | Email/Text: bnc@alltran.com | Feb 02 2021 07:57:00 | United Recovery Systems, P.O. Box 722929, Houston, TX 77272-2929 |
| 15077349 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 02 2021 07:57:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Technology Dr., Ste 500, Saint Charles, MO 63304-2225 |
| 15110575 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 02 2021 07:49:12 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15146031 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 02 2021 07:45:26 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15077312 | *P++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099, address filed with court:, Mabt/contfin, P.O. Box 8099, Newark, DE 19714 |
| 15120730 | *+ | Holiday Financial, 1800 Daisy Street, Ext., St. Clearfield, PA 16830-3265 |
| 15077302 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 15085704 | *+ | MRS Associates, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15117263 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15077267 | ##+ | Beneficial, P.O. Box 1231, Brandon, FL 33509-1231 |
| 15077271 | ##+ | Cawley & Bergmann, LLP, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |

TOTAL: 1 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021   Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 5 of 5 |
| Date Rcvd: Feb 01, 2021 | Form ID: pdf900 | Total Noticed: 107 |

David Z. Valencik
    on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
    on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Debtor Jerry A. McKinney mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Joint Debtor Kathy J. McKinney mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Matthew M. Herron
    on behalf of Creditor The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8