## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-70386-JAD |
| Jerry A. McKinney and | ) |
| Kathy J. McKinney, | ) **Chapter** 13 |
|     **Debtors,** | ) |
| Jerry A. McKinney and | ) **Related Document No.** 141-142 |
| Kathy J. McKinney**,** | ) |
|     **Movants,** | ) **Hearing Date:** 03/17/21 @ 10:00 a.m. |
|     vs. | ) **Response Due:** 03/01/21 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     **Respondent.** | ) **Document No.** |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7- Document No. 141

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Convert Case from Chapter 13 to Chapter 7** filed on February 10, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Convert Case from Chapter 13 to Chapter 7** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Convert Case from Chapter 13 to Chapter 7** were to be filed and served no later than March 1, 2021.

It is hereby respectfully requested that the Order attached to the **Motion to Convert Case from Chapter 13 to Chapter 7** be entered by the Court.

**Dated:** March 2, 2021   **BY:** /s/ Mark B. Peduto
    **Mark B. Peduto, Esquire**
    **PA I.D. #62923**
    mpeduto@c-vlaw.com
    **CALAIARO VALENCIK**
    **938 Penn Avenue, Suite 501**
    **Pittsburgh, PA  15222-3708**
    **(412) 232-0930**