**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jerry A. McKinney** | Social Security number or ITIN | **xxx–xx–4520** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Kathy J. McKinney** | Social Security number or ITIN | **xxx–xx–9538** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter   **13** | **6/27/19** |
| Case number:   **19–70386–JAD** | | Date case converted to chapter   **7** | **3/11/21** |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jerry A. McKinney | | Kathy J. McKinney |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 276 Ida Street<br>Houtzdale, PA 16651 | | 276 Ida Street<br>Houtzdale, PA 16651 |
| 4. | **Debtor's attorney**<br>Name and address | David Z. Valencik<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222–3708 | | Contact phone 412–232–0930<br><br>Email: dvalencik@c–vlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lisa M. Swope, Chapter 7 Trustee<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931 | | Contact phone 814–472–7151<br><br>Email: lms@nsslawfirm.com |

**For more information, see page 2 >**

Debtor **Jerry A. McKinney** and **Kathy J. McKinney**                                    Case number **19–70386–JAD**

| 6. Bankruptcy clerk's office<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/11/21 |
|---|---|---|

| 7. Meeting of creditors<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | April 5, 2021 at 10:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
|---|---|---|

| 8. | Presumption of abuse | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/4/21** |
|---|---|---|

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

| **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/20/21** |
|---|---|
| **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/24/19** |

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| **Deadline to object to exemptions:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
|---|---|
| The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | |

| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 11. Liquidation of the debtor's property and payment of creditors' claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. |
|---|---|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-70386-JAD

Jerry A. McKinney                                                                            Chapter 7

Kathy J. McKinney

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: lfin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 309B | Total Noticed: 115 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry A. McKinney, Kathy J. McKinney, 276 Ida Street, Houtzdale, PA 16651-8542 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Mark B. Peduto, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| aty | + | Matthew M. Herron, The Debt Doctors, LLC, d/b/a Herron Business Law, 607 College Street, Suite 101, Pittsburgh, PA 15232-1700 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| sp | + | Adam N. Quatrini, Quatrini Rafferty, P.C., 550 East Pittsburgh Street, Greensburg, PA 15601-2663 |
| sp | + | Quatrini Rafferty, P.C., 550 East Pittsburgh Street, Greensburg, PA 15601-2663 |
| cr | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15077258 | + | ACS/College Loan Corp., 501 Bleecker St., Utica, NY 13501-2401 |
| 15077264 | + | AM Std Asst., 100 Cambreidge St., Suite 1600, Boston, MA 02114-2518 |
| 15077263 | | Altoona Regional, 820 Howard Ave., Altoona, PA 16601 |
| 15077265 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 15278121 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15077272 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15077284 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance, P.O. Box 105125, Atlanta, GA 30348 |
| 15077274 | + | Centre Diagnostic, P.O. Box 197, State College, PA 16804-0197 |
| 15077275 | + | Centre Emergency Med., P.O. Box 6009, Hermitage, PA 16148-1009 |
| 15077278 | + | Clair and Eleanor Godissart, 525 Keystone Hill Road, Philipsburg, PA 16866-8305 |
| 15077279 | + | Clearfield Hospital, P.O. Box 731584, Dallas, TX 75373-1584 |
| 15077281 | + | Comcast Cable, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 15077282 | + | Commonwealth of PA, 118 Enterprise Drive, Philipsburg, PA 16866-3172 |
| 15077283 | | Complete Payment Recovery, 3500 5th Street, River Falls, AL 36476 |
| 15077288 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 15077291 | + | David J. Hickton, Esq., US Postal Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15077292 | + | Delta Management Associates, Inc., 100 Everatt Avenue, Suite 6, P.O. Box 9191, Chelsea, MA 02150-9191 |
| 15077294 | | Fst Premier, 601 S. Minneapolis Ave., Sioux Falls, SD 57104 |
| 15077295 | + | Geisinger, P.O. Box 27727, Newark, NJ 07101-7727 |
| 15077296 | + | Geisinger Health System, 100 N. Academy Avenue, Danville, PA 17822-0001 |
| 15077299 | | HSBC, P.O. Box 7114, Charlotte, NC 28272 |
| 15077297 | + | Holiday Financial, 1800 Daisy Street, Ext. St., Clearfield, PA 16830-3265 |
| 15077298 | + | Home Health Ressource, P.O. Box 13150, Overland Park, KS 66282-3150 |
| 15077301 | + | ICN IPA Collection, P.O. Box 893, Washington, PA 15301-0893 |
| 15077304 | + | KML Law Group, P.C., Mellon Independence Center-Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15077305 | + | L.S. Ross Assoc., P.O. Box 6099, Jackson, MI 49204-6099 |
| 15077306 | + | Laffey & Associates, 415 Chartiers Avenue, Carnegie, PA 15106-2356 |
| 15077307 | + | Laurel Eye Clinic, P.O. Box 1180, Sharpsburg, GA 30277-0964 |
| 15077311 | + | M&T Bank/Lakeview, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15077319 | + | MRS Associates, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15077313 | + | Matt Harron, Nick Miller & Amy Buchanan, Attorneys at Law, 607 College Street, Suite 101, Pittsburgh, PA 15232-1700 |
| 15077314 | + | Med East Post Opd Surgical, P.O. Box 822796, Philadelphia, PA 19182-2796 |
| 15077316 | | Meredith Manor, Waverly, WV 26184 |

District/off: 0315-7           User: lfin           Page 2 of 5

Date Rcvd: Mar 11, 2021           Form ID: 309B           Total Noticed: 115

| | | |
|---|---|---|
| 15085703 | + | Meredith Manor, 147 Saddle Ln, Waverly, WV 26184-3254 |
| 15077318 | | Mihalkd's, One Hillside Drive, Altoona, PA 16601 |
| 15077320 | + | Mt. Nittany Medical Center, P.O. Box 536317, Pittsburgh, PA 15253-5905 |
| 15077321 | + | Mt. Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 15077323 | + | National Recovery, 2491 PaxtonSt., Harrisburg, PA 17111-1036 |
| 15077324 | + | Northland Group Inc., P.O. Box 129, Thorofare, NJ 08086-0129 |
| 15077325 | + | PA Collection, P.O. Box 893, Washington, PA 15301-0893 |
| 15118162 | + | Penelec, c/o FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15077326 | + | Penelec/First Energy, P.O. Box 16001, Reading, PA 19612-6001 |
| 15077327 | + | Penn Credit, Attn: Bankruptcy, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 15077328 | + | Penn Credt, 916 S. 14th St., P.O. Bo 988, Harrisburg, PA 17108-0988 |
| 15077329 | + | Penn Highlands, P.O. Box 16157, Rocky River, OH 44116-0157 |
| 15077330 | + | Penn Highlands Clfd, P.O. Box 893, Washington, PA 15301-0893 |
| 15077331 | + | Penn Highlands Dubois, P.O. Box 447, Du Bois, PA 15801-0447 |
| 15077334 | + | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15077335 | | R&R Radiology Consultants, P.O. Box 129, State College, PA 16803 |
| 15077336 | + | Scheer, Green & Burke, P.O. Box 1312, Toledo, OH 43603-1312 |
| 15077337 | + | Schumacher Group, 165 Caprice Court, Unit B, Castle Rock, CO 80109-1559 |
| 15077340 | + | The Caring Healthcare Network, 601 N. Front Street, Philipsburg, PA 16866-2303 |
| 15117943 | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232-1700 |
| 15077341 | + | The HMC Group, Collection Agency, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 15077343 | + | Tribute Card, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15077344 | + | Tyrone Hospital, 9245 Watson Industrial Park, Saint Louis, MO 63126-1518 |
| 15077347 | + | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15077348 | + | UPMC Altoona, P.O. Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 66

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dvalencik@c-vlaw.com | Mar 12 2021 04:47:00 | David Z. Valencik, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| smg | | EDI: PENNDEPTREV | Mar 12 2021 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 12 2021 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Mar 12 2021 04:48:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: AISACG.COM | Mar 12 2021 04:13:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Mar 12 2021 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077260 | + | EDI: AFNIRECOVERY.COM | Mar 12 2021 04:13:00 | AFNI, 1310 MLK Drive, P.O. Box 3517, Bloomington, IL 61702-3517 |
| 15077259 | + | Email/Text: katie.wilson@advanceddisposal.com | Mar 12 2021 04:47:00 | Advanced Disposal, 6330 Route 219, Brockway, PA 15824-5016 |
| 15077261 | + | Email/Text: kristin.villneauve@allianceoneinc.com | | |

District/off: 0315-7    User: lfin    Page 3 of 5

Date Rcvd: Mar 11, 2021    Form ID: 309B    Total Noticed: 115

| | | | | |
|---|---|---|---|---|
| | | Mar 12 2021 04:47:00 | Alliance One, 4850 Street Rd. Suite 300, Feasterville Trevose, PA 19053-6643 |
| 15077262 | + | EDI: GMACFS.COM | | |
| | | | Mar 12 2021 04:13:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15077266 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | | Mar 12 2021 04:49:00 | Barks Credit & Collections, P.O. Box 329, Temple, PA 19560-0329 |
| 15077273 | + | EDI: CCS.COM | | |
| | | | Mar 12 2021 04:13:00 | CCS/Nationwide Insurance, 725 Canton Street, Norwood, MA 02062-2679 |
| 15077268 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Mar 12 2021 04:48:00 | Calvary Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 15077269 | + | EDI: CAPITALONE.COM | | |
| | | | Mar 12 2021 04:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15077270 | + | EDI: CAPITALONE.COM | | |
| | | | Mar 12 2021 04:13:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15099544 | | EDI: CAPITALONE.COM | | |
| | | | Mar 12 2021 04:13:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15080683 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Mar 12 2021 04:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15077280 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Mar 12 2021 04:48:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15077285 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Mar 12 2021 04:47:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 15077286 | + | Email/Text: csd1clientservices@cboflanc.com | | |
| | | | Mar 12 2021 04:49:00 | Credit Bureau of Lancaster County, Inc., P.O. Box 1271, Lancaster, PA 17608-1271 |
| 15077287 | + | EDI: CCS.COM | | |
| | | | Mar 12 2021 04:13:00 | Credit Collections Services, Two Wells Avenue,, Newton Center, MA 02459-3225 |
| 15077289 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | | Mar 12 2021 04:49:00 | Credit Management Company, 2121 Noblestown Road, Attn: Bankruptcy Dept., Pittsburgh, PA 15205-3956 |
| 15077290 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | | Mar 12 2021 04:49:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15099528 | | EDI: ECMC.COM | | |
| | | | Mar 12 2021 04:13:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15077293 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | | |
| | | | Mar 12 2021 04:12:29 | Exeter Finance Corp., P.O. Box 166008, Irving, TX 75016-6008 |
| 15087043 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | | |
| | | | Mar 12 2021 04:12:29 | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 15077300 | + | EDI: HFC.COM | | |
| | | | Mar 12 2021 04:13:00 | HSBC Mortgage Services Inc., 636 Grand Regency Boulevard, Brandon, FL 33510-3942 |
| 15077302 | | EDI: IRS.COM | | |
| | | | Mar 12 2021 04:13:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 15077276 | | EDI: JPMORGANCHASE | | |
| | | | Mar 12 2021 04:13:00 | Chase Card, Attn: Correspondence, P.O. Box 15298, Wilmington, DE 19850 |
| 15077277 | | EDI: JPMORGANCHASE | | |
| | | | Mar 12 2021 04:13:00 | Chase Mortgage, P.O. Box 24696, Columbus, OH 43224 |
| 15077309 | + | EDI: LTDFINANCIAL.COM | | |
| | | | Mar 12 2021 04:13:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 15077310 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 12 2021 04:12:30 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15116944 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0315-7                          User: lfin                                    Page 4 of 5
Date Rcvd: Mar 11, 2021                       Form ID: 309B                          Total Noticed: 115

| Recip ID | | Name and Address |
|---|---|---|
| | | Mar 12 2021 04:12:30    LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15117945 | Email/Text: camanagement@mtb.com | |
| | | Mar 12 2021 04:48:00    Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15077308 | + EDI: RMSC.COM | |
| | | Mar 12 2021 04:13:00    Lowes, P,O, Box 530914, Atlanta, GA 30353-0914 |
| 15077315 | + EDI: PARALONMEDCREDT | |
| | | Mar 12 2021 04:13:00    Medicredit Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 15077317 | + EDI: MID8.COM | |
| | | Mar 12 2021 04:13:00    Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 15077322 | + Email/Text: bankruptcy@ncaks.com | |
| | | Mar 12 2021 04:47:00    National Credit Adjusters, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 15077332 | EDI: PRA.COM | |
| | | Mar 12 2021 04:13:00    Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15077333 | + EDI: Q3G.COM | |
| | | Mar 12 2021 04:13:00    Quantum3 Group LLC as agent for, Cascade Capital LLC Series C, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15077338 | + EDI: SWCR.COM | |
| | | Mar 12 2021 04:13:00    Southwest Credit Systems, 4120 International Parkway ste 1100, Carrollton, TX 75007-1958 |
| 15077339 | + EDI: AGFINANCE.COM | |
| | | Mar 12 2021 04:13:00    Springleaf, P.O. Box 64, Evansville, IN 47701-0064 |
| 15079213 | + EDI: RMSC.COM | |
| | | Mar 12 2021 04:13:00    Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077342 | + Email/Text: bankruptcydepartment@tsico.com | |
| | | Mar 12 2021 04:49:00    Transworld Sytems, P.O. Box 15273, Wilmington, DE 19850-5273 |
| 15077346 | + Email/Text: skorman@uoc.com | |
| | | Mar 12 2021 04:49:00    UOC, 101 Regent Court, State College, PA 16801-7965 |
| 15077345 | + EDI: URSI.COM | |
| | | Mar 12 2021 04:13:00    United Recovery Systems, P.O. Box 722929, Houston, TX 77272-2929 |
| 15077349 | + EDI: VERIZONCOMB.COM | |
| | | Mar 12 2021 04:13:00    Verizon, Verizon Wireless Bankruptcy Administrati, 500 Technology Dr., Ste 500, Saint Charles, MO 63304-2225 |
| 15110575 | EDI: AIS.COM | |
| | | Mar 12 2021 04:13:00    Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15146031 | + EDI: AISACG.COM | |
| | | Mar 12 2021 04:13:00    Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | \*+ | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15077312 | \*P++ | CONTINENTIAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099, address filed with court:, Mabt/contfin, P.O. Box 8099, Newark, DE 19714 |
| 15120730 | \*+ | Holiday Financial, 1800 Daisy Street, Ext., St. Clearfield, PA 16830-3265 |
| 15077303 | \*+ | Internal Revenue Service, Attn: Sandra Bence, 1000 Liberty Avenue, Stop 711B, Pittsburgh, PA 15222-4107 |
| 15085704 | \*+ | MRS Associates, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15117263 | \*P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15077267 | ##+ | Beneficial, P.O. Box 1231, Brandon, FL 33509-1231 |
| 15077271 | ##+ | Cawley & Bergmann, LLP, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |

District/off: 0315-7                          User: lfin                              Page 5 of 5
Date Rcvd: Mar 11, 2021                       Form ID: 309B                           Total Noticed: 115
TOTAL: 1 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021              Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Mark B. Peduto | on behalf of Debtor Jerry A. McKinney mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Joint Debtor Kathy J. McKinney mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Matthew M. Herron | on behalf of Creditor The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9