WPAB FORM 30  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  19-70386-JAD |
|     Jerry A. McKinney | : | |
|     Kathy J. McKinney | : | |
|         Debtor | : | |
| | : | Chapter 11 |
| | : | |
|     Jerry A. McKinney | : | |
|     Kathy J. McKinney | : | |
|         Movant | : | |
| | : | Related to Document No. # |
|       v. | : | |
| | : | |
| Mount Nittany Physicians Group, Mount Nittany | : | |
| Medical Center, UPMC Health Services, Geisinger | : | |
| Health System, Bridgecrest Credit Company LLC and | : | |
| H&R Accounts | : | |
| | : | |
|         Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Mark B. Peduto, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:    /s/Mark B. Peduto, Esquire_____
       Signature

Calaiaro Valencik_____
Typed Name

938 Penn Ave., Suite 501, Pittsburgh, PA 15222
Address

(412) 232-0930/mpeduto@c-vlaw.com
Phone No. and Email Address

PA ID #62923_____
List Bar I.D. and State of Admission

Bridgecrest Credit Company LLC, P.O. Box 29018, Phoenix, AZ 85038
Geisinger Health System, 100 N. Academy Avenue, Danville, PA 17822
Mount Nttany Medical Center, P.O. Box 536317, Pittsburgh, PA 15253
Mount Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16146
UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250
H&R Accounts, 5320 22nd Avenue, P.O. Box 672, Moline, IL 61266