**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Bankruptcy No. 19-70386** |
| Jerry A. McKinney | **) Chapter** 7 |
| Kathy J. McKinney | **) Related Document No. 146** |
| **Debtors.** | **) Document No.** |

## REPORT PURSUANT TO RULE 1019

**AND NOW**, comes Jerry A. McKinney & Kathy J. McKinney, by and through their

undersigned counsel, and files the following Report pursuant to Rule 1019.

1.      Jerry A. McKinney & Kathy J. McKinney are the Debtors in the above captioned

proceedings, having filed a voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code

on June 27, 2019.

2.      On February 10, 2021, the Debtor filed a motion to convert the case to a Chapter

7.

3.      On March 11, 2021, the Debtor's case was converted to a Chapter 7.

4.      The Debtors have not entered into or assumed executory contracts after the

commencement of the Chapter 13 case and before the case was converted.

5.      Attached are the new creditors:


                                   **Respectfully Submitted,**

**Dated:** March 24, 2021          **BY:**  /s/ Mark B. Peduto
                                   **Mark B. Peduto, Esquire,   PA I.D. #62923**
                                   **mpeduto@c-vlaw.com**
                                   **CALAIARO VALENCIK**
                                   **938 Penn Avenue, Suite 501**
                                   **Pittsburgh, PA  15222-3708**
                                   **(412) 232-093**

| | |
|---|---|
| Bridgecrest Credit Company LLC, P.O. Box 29018, Phoenix, AZ 85038 | $16,998.15 |
| Geisinger Health System, 100 N. Academy Avenue, Danville, PA 17822 | $315.96 |
| Mount Nttany Medical Center, P.O. Box 536317, Pittsburgh, PA 15253 | $150.00 |
| Mount Nittany Medical Center, P.O. Box 536317, Pittsburgh, PA 15253 | $134.74 |
| Mount Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16146 | $17.19 |
| UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250 | $46.16 |
| H&R Accounts, 5320 22nd Avenue, P.O. Box 672, Moline, IL 61266 | Notice only |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Bankruptcy No. 19-70386** |
| Jerry A. McKinney | **) Chapter** 7 |
| Kathy J. McKinney | **) Related Document No. 146** |
| **Debtors.** | **) Document No.** |

**CERTIFICATE OF SERVICE OF Report Pursuant to Rule 1019**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 23, 2021.

**Via First-class Mail**

Jerry & Kathy McKinney, 276 Ida Street, Houtzdale, PA 16651
Bridgecrest Credit Company LLC, P.O. Box 29018, Phoenix, AZ 85038
Geisinger Health System, 100 N. Academy Avenue, Danville, PA 17822
Mount Nttany Medical Center, P.O. Box 536317, Pittsburgh, PA 15253
Mount Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16146
UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250
H&R Accounts, 5320 22nd Avenue, P.O. Box 672, Moline, IL 61266

**Served by NEF**:

Lisa M. Swope, Chapter 7 Trustee; lms@nsslawfirm.com
Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** March 24, 2021

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire,   PA I.D. #62923**
**mpeduto@c-vlaw.com**

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-093**