**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JERRY A. MCKINNEY
KATHY J. MCKINNEY
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:19-70386 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/27/2019 and confirmed on 08/21/2019. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,003.00 |
| Less Refunds to Debtor | 940.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,063.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,044.63 | |
|   Trustee Fee | 980.79 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,025.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7378 | | | | |
| PA DEPARTMENT OF REVENUE* | 998.49 | 0.00 | 0.00 | 0.00 |
|   Acct: 4520 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 558.58 | 558.58 | 0.00 | 558.58 |
|   Acct: 3830 | | | | |
| INTERNAL REVENUE SERVICE* | 9,083.15 | 0.00 | 0.00 | 0.00 |
|   Acct: 4520 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3830 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 4,121.83 | 4,121.83 | 0.00 | 4,121.83 |
|   Acct: 3830 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 5,965.87 | 0.00 | 5,965.87 |
|   Acct: 3830 | | | | |
| ALLY FINANCIAL(*) | 1,705.43 | 1,705.43 | 434.12 | 2,139.55 |
|   Acct: 4939 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9900 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 12,785.83 |
| **Priority** | | | | |
| DAVID Z VALENCIK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JERRY A. MCKINNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CALAIARO VALENCIK | 4,000.00 | 3,044.63 | 0.00 | 0.00 |
|   Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,507.94 | 0.00 | 0.00 | 0.00 |
|   Acct: 9538 | | | | |
| CALAIARO VALENCIK | 1,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JERRY A. MCKINNEY | 940.00 | 940.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIDGECREST CREDIT COMPANY LLC | 0.00 | 251.75 | 0.00 | 251.75 |
|   Acct: 8901 | | | | |
| | | | | 251.75 |
| **Unsecured** | | | | |
| AFSA DATA CORP/ACS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5201 | | | | |
| ADVANCED DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8311 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8901 | | | | |
| ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7524 | | | | |
| ALTOONA REGIONAL HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4543 | | | | |
| ECMC(*) | 16,658.99 | 0.00 | 0.00 | 0.00 |
|   Acct: 4520 | | | | |
| APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5802 | | | | |
| BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6056 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 836.45 | 0.00 | 0.00 | 0.00 |
|   Acct: 3431 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 449.78 | 0.00 | 0.00 | 0.00 |
|   Acct: 8498 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3059 | | | | |
| CAWLEY & BERGMANN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9523 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4233 | | | | |
| CENTRE DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4925 | | | | |
| CENTRE DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2229 | | | | |
| CENTRE DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4334 | | | | |
| CENTRE DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2329 | | | | |
| CENTRE EMERGENCY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1126 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8988 | | | | |
| CLAIR AND ELEANOR GODISSART | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| 19-70386 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 7 |
| Unsecured | | | | | |
| | CLEARFIELD HOSPITAL<br>Acct: 2931 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: DNKO | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: 8003 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMPLETE PAYMENT RECOVERY SERVIC<br>Acct: 1210 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONTINENTAL FINANCE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONTINENTAL FINANCE<br>Acct: 9203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT ACCEPTANCE CORP*<br>Acct: 7772 | 6,635.82 | 0.00 | 0.00 | 0.00 |
| | CREDIT BUREAU OF LANCASTER COUNTY<br>Acct: 3601 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT COLLECTION SERVICES<br>Acct: 3429 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT COLLECTION SERVICES<br>Acct: 7896 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT CONTROL COLLECTIONS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 3940 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 5210 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 0368 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 7424 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 7369 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 3942 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 2603 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 7424 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WOLLEMI ACQUISITIONS LLC BY AIS DATA<br>Acct: 4112 | 14,475.59 | 0.00 | 0.00 | 0.00 |
| | FIRST PREMIER BANK<br>Acct: 2520 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GEISINGER HEALTH SYSTEM++<br>Acct: 8722 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GEISINGER HEALTH SYSTEM++<br>Acct: 8722 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GEISINGER HEALTH SYSTEM++<br>Acct: 8722 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GEISINGER HEALTH SYSTEM<br>Acct: 8722 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HOLIDAY FINANCIAL SERVICES<br>Acct: 5100 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HOLIDAY FINANCIAL SERVICES<br>Acct: 5208 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HOME HEALTH RESOURCE<br>Acct: 1887 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5015 | 191.66 | 0.00 | 0.00 | 0.00 |
| | HSBC MORTGAGE SVCS (RE)*++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4042 | | | | |
| | ICN IPA COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1711 | | | | |
| | INTERNAL REVENUE SERVICE* | 9,883.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 4520 | | | | |
| | L ROSS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8226 | | | | |
| | LAFFEY AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2548 | | | | |
| | LAFFEY AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3596 | | | | |
| | LAUREL EYE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6156 | | | | |
| | LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6987 | | | | |
| | LTD FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4010 | | | | |
| | LVNV FUNDING LLC | 13,399.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 4306 | | | | |
| | MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2713 | | | | |
| | MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3225 | | | | |
| | MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9203 | | | | |
| | MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0676 | | | | |
| | THE DEBT DOCTORS LLC | 3,569.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX0281 | | | | |
| | MED EAST POST OPD SURGICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5449 | | | | |
| | MED EAST POST OPD SURGICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5449 | | | | |
| | MEDICREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3216 | | | | |
| | MEREDITH MANOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4480 | | | | |
| | MIHALKD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3972 | | | | |
| | MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8507 | | | | |
| | MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0563 | | | | |
| | MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4925 | | | | |
| | MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5803 | | | | |
| | MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0373 | | | | |
| | MT NITTANY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8507 | | | | |
| | MOUNT NITTANY PHYSICIAN GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8800 | | | | |
| | NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3067 | | | | |
| | NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9251 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | NORTHLAND GROUP INC<br>Acct: 9050 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PA COLLECTION SERVICE++<br>Acct: 7464 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PA COLLECTION SERVICE++<br>Acct: 7444 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENELEC/FIRST ENERGY**<br>Acct: 6763 | 10,787.34 | 0.00 | 0.00 | 0.00 |
| | PENN CREDIT CORP++<br>Acct: 1769 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN CREDIT CORP++<br>Acct: 5754 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN CREDIT CORP++<br>Acct: 3322 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN CREDIT CORP++<br>Acct: 3503 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN CREDIT CORP++<br>Acct: 1636 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN CREDIT CORP++<br>Acct: 3322 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HIGHLANDS<br>Acct: 2230 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HIGHLANDS<br>Acct: 853H | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HIGHLANDS<br>Acct: 419H | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HIGHLANDS CLEARFIELD<br>Acct: 2230 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HIGHLANDS CLEARFIELD<br>Acct: 4473 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN HIGHLANDS DUBOIS<br>Acct: 5325 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5674 | 765.13 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 2138 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5674 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 2138 | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC - AGENT CASCAD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUEST DIAGNOSTIC VENTURE LLC<br>Acct: 3115 | 0.00 | 0.00 | 0.00 | 0.00 |
| | R & R RADIOLOGY<br>Acct: 6927 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SCHEER GREEN AND BURKE COMPANY<br>Acct: 9084 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SCHMACHER GROUP<br>Acct: 3839 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SOUTHWEST CREDIT SYSTEMS*<br>Acct: 1741 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SPRINGLEAF FINANCIAL SERVICES INC(*)<br>Acct: 4042 | 0.00 | 0.00 | 0.00 | 0.00 |
| | THE CARING HEALTHCARE NETWORK<br>Acct: 1031 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HMC GROUP<br>Acct: 3011 | 0.00 | 0.00 | 0.00 | 0.00 |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2931 | | | | |
| TRIBUTE GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1678 | | | | |
| TYRONE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4172 | | | | |
| UNITED RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9090 | | | | |
| UOC SURGICAL SERVICES LIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2910 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6987 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN INF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UOC SURGICAL SERVICES LIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2910 | | | | |
| UOC SURGICAL SERVICES LIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6850 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5298 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4520 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5209 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,830.89 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| BENEFICIAL FINANCE/CDC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DELTA MANAGEMENT GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 292.20 | 0.00 | 0.00 | 0.00 |
| Acct: 1255 | | | | |
| MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9900 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN INF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN INF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                   13,037.58

TOTAL CLAIMED
PRIORITY           1,507.94
SECURED           16,467.48
UNSECURED         79.776.09


Date: 03/29/2021                                      /s/ Ronda J. Winnecour
                                                      RONDA J WINNECOUR PA ID #30399
                                                      CHAPTER 13 TRUSTEE WD PA
                                                      600 GRANT STREET
                                                      SUITE 3250 US STEEL TWR
                                                      PITTSBURGH, PA  15219
                                                      (412) 471-5566
                                                      cmecf@chapter13trusteewdpa.com