**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jerry A. McKinney<br>            Kathy J. McKinney<br>                                    Debtor(s)<br><br>Lakeview Loan Servicing, LLC,<br>its successors and/or assigns<br>                                    Movant<br>        v.<br>Jerry A. McKinney<br>Kathy J. McKinney<br>                                    Respondent(s)<br>        and<br>Lisa M. Swope, Trustee<br>                                    Additional Respondent | BK. NO. 19-70386 JAD<br><br>CHAPTER 7<br><br>Related to Docket # 163, 166, 167 |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2021, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is Denied as withdrawn. The hearing in this matter scheduled for June 9, 2021 at 10:00 a.m. is cancelled.

BY THE COURT:

_____J.
U.S. Bankruptcy Judge

Consented to by:

***Mark B. Peduto, Esquire***
Mark B. Peduto, Esquire
Attorney for Debtors
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222
Phone: (412) 232-3858
Mpeduto@c-vla.com

***/s/ Maria Miksich, Esquire***
Maria Miksich, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone:  215-627-1322
MMiksich@kmllawgroup.com