FILED
6/2/21 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jerry A. McKinney<br>        Kathy J. McKinney<br><br>                           Debtor(s) | Bankruptcy No. 19-70386-JAD<br><br>Chapter 7<br><br>Related to ECF Nos. 172, 163 |
| Lakeview Loan Servicing, LLC,<br>its successors and/or assigns<br>                           Movant<br><br>            v.<br><br>Jerry A. McKinney<br>Kathy J. McKinney<br><br>                           Respondent(s)<br>            and<br>Lisa M. Swope, Trustee<br><br>                           Additional Respondent | |

## ORDER OF COURT

AND NOW, this <u>2nd</u> day of <u>June</u>, 2021, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion For Relief From Automatic Stay, filed by Lakeview Loan Servicing, LLC at ECF No. 163, is DENIED as WITHDRAWN.  The hearing scheduled for June 9, 2021 at 10:00 a.m. is cancelled.

BY THE COURT:

_____ mas
Jeffery A. Deller
United States Bankruptcy Judge

Consented to by:

**<u>Mark B. Peduto, Esquire</u>**
Mark B. Peduto, Esquire
Attorney for Debtors
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222
Phone: (412) 232-3858
Mpeduto@c-vla.com

***/s/ Maria Miksich, Esquire***
Maria Miksich, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone:  215-627-1322
MMiksich@kmllawgroup.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-70386-JAD

Jerry A. McKinney                                                                    Chapter 7

Kathy J. McKinney

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                  User: msch                                              Page 1 of 2

Date Rcvd: Jun 02, 2021                        Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry A. McKinney, Kathy J. McKinney, 276 Ida Street, Houtzdale, PA 16651-8542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021                                 Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

Lisa M. Swope, Chapter 7 Trustee
  on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com,
  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope, Chapter 7 Trustee
  lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Maria Miksich
  on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com

Mark B. Peduto
  on behalf of Debtor Jerry A. McKinney mpeduto@c-vlaw.com
  jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
  on behalf of Joint Debtor Kathy J. McKinney mpeduto@c-vlaw.com
  jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Matthew M. Herron
  on behalf of Creditor The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov


TOTAL: 10