Certificate Number: 05781-PAW-DE-035749858

Bankruptcy Case Number: 19-70386



05781-PAW-DE-035749858

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2021, at 9:03 o'clock AM PDT, Jerry McKinney completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    June 11, 2021            By:    /s/Allison M Geving

                                 Name:  Allison M Geving

                                 Title: President