Certificate Number: 05781-PAW-DE-035749861

Bankruptcy Case Number: 19-70386



05781-PAW-DE-035749861

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2021, at 9:03 o'clock AM PDT, Kathy McKinney completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 11, 2021                By:   /s/Allison M Geving

                                     Name: Allison M Geving

                                     Title: President