| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jerry A. McKinney** | Social Security number or ITIN | **xxx–xx–4520** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kathy J. McKinney** | Social Security number or ITIN | **xxx–xx–9538** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **19–70386–JAD** | | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jerry A. McKinney                                                Kathy J. McKinney

6/29/21                                                          **By the court:**   <u>Jeffery A. Deller</u>
                                                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70386-JAD |
| Jerry A. McKinney | Chapter 7 |
| Kathy J. McKinney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 5 |
| Date Rcvd: Jun 29, 2021 | Form ID: 318 | Total Noticed: 114 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry A. McKinney, Kathy J. McKinney, 276 Ida Street, Houtzdale, PA 16651-8542 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| sp | + | Adam N. Quatrini, Quatrini Rafferty, P.C., 550 East Pittsburgh Street, Greensburg, PA 15601-2663 |
| sp | + | Quatrini Rafferty, P.C., 550 East Pittsburgh Street, Greensburg, PA 15601-2663 |
| cr | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15077258 | + | ACS/College Loan Corp., 501 Bleecker St., Utica, NY 13501-2401 |
| 15077264 | + | AM Std Asst., 100 Cambreidge St., Suite 1600, Boston, MA 02114-2518 |
| 15077263 | | Altoona Regional, 820 Howard Ave., Altoona, PA 16601 |
| 15077265 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 15278121 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15077272 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15077284 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance, P.O. Box 105125, Atlanta, GA 30348 |
| 15077274 | + | Centre Diagnostic, P.O. Box 197, State College, PA 16804-0197 |
| 15077275 | + | Centre Emergency Med., P.O. Box 6009, Hermitage, PA 16148-1009 |
| 15077278 | + | Clair and Eleanor Godissart, 525 Keystone Hill Road, Philipsburg, PA 16866-8305 |
| 15077279 | + | Clearfield Hospital, P.O. Box 731584, Dallas, TX 75373-1584 |
| 15077281 | + | Comcast Cable, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 15077282 | + | Commonwealth of PA, 118 Enterprise Drive, Philipsburg, PA 16866-3172 |
| 15077283 | | Complete Payment Recovery, 3500 5th Street, River Falls, AL 36476 |
| 15077288 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 15077291 | + | David J. Hickton, Esq., US Postal Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15077292 | + | Delta Management Associates, Inc., 100 Everatt Avenue, Suite 6, P.O. Box 9191, Chelsea, MA 02150-9191 |
| 15077294 | | Fst Premier, 601 S. Minneapolis Ave., Sioux Falls, SD 57104 |
| 15077295 | + | Geisinger, P.O. Box 27727, Newark, NJ 07101-7727 |
| 15077296 | + | Geisinger Health System, 100 N. Academy Avenue, Danville, PA 17822-0001 |
| 15077299 | | HSBC, P.O. Box 7114, Charlotte, NC 28272 |
| 15077297 | + | Holiday Financial, 1800 Daisy Street, Ext. St., Clearfield, PA 16830-3265 |
| 15077298 | + | Home Health Ressource, P.O. Box 13150, Overland Park, KS 66282-3150 |
| 15077301 | + | ICN IPA Collection, P.O. Box 893, Washington, PA 15301-0893 |
| 15077304 | + | KML Law Group, P.C., Mellon Independence Center-Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15077305 | + | L.S. Ross Assoc., P.O. Box 6099, Jackson, MI 49204-6099 |
| 15077306 | + | Laffey & Associates, 415 Chartiers Avenue, Carnegie, PA 15106-2356 |
| 15077307 | + | Laurel Eye Clinic, P.O. Box 1180, Sharpsburg, GA 30277-0964 |
| 15077311 | + | M&T Bank/Lakeview, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15077319 | + | MRS Associates, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15077313 | + | Matt Harron, Nick Miller & Amy Buchanan, Attorneys at Law, 607 College Street, Suite 101, Pittsburgh, PA 15232-1700 |
| 15077314 | + | Med East Post Opd Surgical, P.O. Box 822796, Philadelphia, PA 19182-2796 |
| 15077316 | | Meredith Manor, Waverly, WV 26184 |
| 15085703 | + | Meredith Manor, 147 Saddle Ln, Waverly, WV 26184-3254 |
| 15077318 | | Mihalkd's, One Hillside Drive, Altoona, PA 16601 |
| 15354387 | + | Mount Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16148-1005 |

Case 19-70386-JAD    Doc 187    Filed 07/01/21    Entered 07/02/21 00:33:55    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0315-7 | User: lfin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 318 | Total Noticed: 114 |

| | | |
|---|---|---|
| 15077320 | + | Mt. Nittany Medical Center, P.O. Box 536317, Pittsburgh, PA 15253-5905 |
| 15077321 | + | Mt. Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 15077323 | + | National Recovery, 2491 PaxtonSt., Harrisburg, PA 17111-1036 |
| 15077324 | + | Northland Group Inc., P.O. Box 129, Thorofare, NJ 08086-0129 |
| 15077325 | + | PA Collection, P.O. Box 893, Washington, PA 15301-0893 |
| 15118162 | + | Penelec, c/o FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15077326 | + | Penelec/First Energy, P.O. Box 16001, Reading, PA 19612-6001 |
| 15077327 | + | Penn Credit, Attn: Bankruptcy, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 15077328 | + | Penn Credt, 916 S. 14th St., P.O. Bo 988, Harrisburg, PA 17108-0988 |
| 15077329 | + | Penn Highlands, P.O. Box 16157, Rocky River, OH 44116-0157 |
| 15077330 | + | Penn Highlands Clfd, P.O. Box 893, Washington, PA 15301-0893 |
| 15077331 | + | Penn Highlands Dubois, P.O. Box 447, Du Bois, PA 15801-0447 |
| 15077334 | + | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15077335 | | R&R Radiology Consultants, P.O. Box 129, State College, PA 16803 |
| 15077336 | + | Scheer, Green & Burke, P.O. Box 1312, Toledo, OH 43603-1312 |
| 15077337 | + | Schumacher Group, 165 Caprice Court, Unit B, Castle Rock, CO 80109-1559 |
| 15077340 | + | The Caring Healthcare Network, 601 N. Front Street, Philipsburg, PA 16866-2303 |
| 15117943 | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232-1700 |
| 15077341 | + | The HMC Group, Collection Agency, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 15077343 | + | Tribute Card, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15077344 | + | Tyrone Hospital, 9245 Watson Industrial Park, Saint Louis, MO 63126-1518 |
| 15077347 | + | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15077348 | + | UPMC Altoona, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15354388 | + | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jun 30 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2021 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jun 30 2021 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2021 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Jun 30 2021 03:43:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: RECOVERYCORP.COM | Jun 30 2021 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077260 | + EDI: AFNIRECOVERY.COM | Jun 30 2021 03:43:00 | AFNI, 1310 MLK Drive, P.O. Box 3517, Bloomington, IL 61702-3517 |
| 15077259 | + Email/Text: katie.wilson@advanceddisposal.com | Jun 29 2021 23:45:00 | Advanced Disposal, 6330 Route 219, Brockway, PA 15824-5016 |
| 15077261 | + Email/Text: kristin.villneauve@allianceoneinc.com | Jun 29 2021 23:44:00 | Alliance One, 4850 Street Rd. Suite 300, Feasterville Trevose, PA 19053-6643 |
| 15077262 | + EDI: GMACFS.COM | Jun 30 2021 03:43:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15077266 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 29 2021 23:45:00 | Barks Credit & Collections, P.O. Box 329, Temple, PA 19560-0329 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15354385 | + | EDI: DVTM.COM | Jun 30 2021 03:43:00 | Bridgecrest Credit Company LLC, P.O. Box 29018, Phoenix, AZ 85038-9018 |
| 15077273 | + | EDI: CCS.COM | Jun 30 2021 03:43:00 | CCS/Nationwide Insurance, 725 Canton Street, Norwood, MA 02062-2679 |
| 15077268 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2021 23:45:00 | Calvary Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 15077269 | + | EDI: CAPITALONE.COM | Jun 30 2021 03:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15077270 | + | EDI: CAPITALONE.COM | Jun 30 2021 03:43:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15099544 | | EDI: CAPITALONE.COM | Jun 30 2021 03:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15080683 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2021 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15077280 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 29 2021 23:45:00 | Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15077285 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2021 23:44:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 15077286 | + | Email/Text: csd1clientservices@cboflanc.com | Jun 29 2021 23:45:00 | Credit Bureau of Lancaster County, Inc., P.O. Box 1271, Lancaster, PA 17608-1271 |
| 15077287 | + | EDI: CCS.COM | Jun 30 2021 03:43:00 | Credit Collections Services, Two Wells Avenue,, Newton Center, MA 02459-3225 |
| 15077289 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 29 2021 23:45:00 | Credit Management Company, 2121 Noblestown Road, Attn: Bankruptcy Dept., Pittsburgh, PA 15205-3956 |
| 15077290 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 29 2021 23:45:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15099528 | | EDI: ECMC.COM | Jun 30 2021 03:43:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15077293 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Jun 29 2021 23:46:12 | Exeter Finance Corp., P.O. Box 166008, Irving, TX 75016-6008 |
| 15087043 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Jun 29 2021 23:46:16 | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 15354389 | | Email/Text: bankruptcy@avadynehealth.com | Jun 29 2021 23:44:00 | H&R Accounts, 5320 22nd Avenue, P.O. Box 672, Moline, IL 61266 |
| 15077300 | + | EDI: HFC.COM | Jun 30 2021 03:43:00 | HSBC Mortgage Services Inc., 636 Grand Regency Boulevard, Brandon, FL 33510-3942 |
| 15077302 | | EDI: IRS.COM | Jun 30 2021 03:43:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 15077276 | | EDI: JPMORGANCHASE | Jun 30 2021 03:43:00 | Chase Card, Attn: Correspondence, P.O. Box 15298, Wilmington, DE 19850 |
| 15077277 | | EDI: JPMORGANCHASE | Jun 30 2021 03:43:00 | Chase Mortgage, P.O. Box 24696, Columbus, OH 43224 |
| 15077309 | + | EDI: LTDFINANCIAL.COM | Jun 30 2021 03:43:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 15077310 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2021 10:45:54 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15116944 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2021 23:46:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0315-7 | User: lfin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 318 | Total Noticed: 114 |

| | | | | |
|---|---|---|---|---|
| 15117945 | | Email/Text: camanagement@mtb.com | Jun 29 2021 23:45:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15077308 | + | EDI: RMSC.COM | Jun 30 2021 03:43:00 | Lowes, P,O, Box 530914, Atlanta, GA 30353-0914 |
| 15077315 | + | EDI: PARALONMEDCREDT | Jun 30 2021 03:43:00 | Medicredit Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 15077317 | + | EDI: MID8.COM | Jun 30 2021 03:43:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 15077322 | + | Email/Text: bankruptcy@ncaks.com | Jun 29 2021 23:44:00 | National Credit Adjusters, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 15077332 | | EDI: PRA.COM | Jun 30 2021 03:43:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15077333 | + | EDI: Q3G.COM | Jun 30 2021 03:43:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series C, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15077338 | + | EDI: SWCR.COM | Jun 30 2021 03:43:00 | Southwest Credit Systems, 4120 International Parkway ste 1100, Carrollton, TX 75007-1958 |
| 15077339 | + | EDI: AGFINANCE.COM | Jun 30 2021 03:43:00 | Springleaf, P.O. Box 64, Evansville, IN 47701-0064 |
| 15079213 | + | EDI: RMSC.COM | Jun 30 2021 03:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077342 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 29 2021 23:45:00 | Transworld Sytems, P.O. Box 15273, Wilmington, DE 19850-5273 |
| 15077346 | + | Email/Text: skorman@uoc.com | Jun 29 2021 23:45:00 | UOC, 101 Regent Court, State College, PA 16801-7965 |
| 15077345 | + | EDI: URSI.COM | Jun 30 2021 03:43:00 | United Recovery Systems, P.O. Box 722929, Houston, TX 77272-2929 |
| 15077349 | + | EDI: VERIZONCOMB.COM | Jun 30 2021 03:43:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Technology Dr., Ste 500, Saint Charles, MO 63304-2225 |
| 15110575 | | EDI: AIS.COM | Jun 30 2021 03:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15146031 | + | EDI: AISACG.COM | Jun 30 2021 03:43:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| cr | *+ | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15077312 | *P++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099, address filed with court:, Mabt/contfin, P.O. Box 8099, Newark, DE 19714 |
| 15354386 | *+ | Geisinger Health System, 100 N. Academy Avenue, Danville, PA 17822-0001 |
| 15120730 | *+ | Holiday Financial, 1800 Daisy Street, Ext., St. Clearfield, PA 16830-3265 |
| 15077303 | *+ | Internal Revenue Service, Attn: Sandra Bence, 1000 Liberty Avenue, Stop 711B, Pittsburgh, PA 15222-4107 |
| 15085704 | *+ | MRS Associates, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15117263 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15077267 | ##+ | Beneficial, P.O. Box 1231, Brandon, FL 33509-1231 |

| District/off: 0315-7 | User: lfin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 318 | Total Noticed: 114 |

15077271           ##+           Cawley & Bergmann, LLP, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916

TOTAL: 1 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021                        Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

**Name**                          **Email Address**

Brian Nicholas
                                  on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

David Z. Valencik
                                  on behalf of Debtor Jerry A. McKinney dvalencik@c-vlaw.com
                                  cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
                                  on behalf of Joint Debtor Kathy J. McKinney dvalencik@c-vlaw.com
                                  cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Lisa M. Swope, Chapter 7 Trustee
                                  lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope, Chapter 7 Trustee
                                  on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Maria Miksich
                                  on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com

Mark B. Peduto
                                  on behalf of Debtor Jerry A. McKinney mpeduto@c-vlaw.com
                                  jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
                                  on behalf of Joint Debtor Kathy J. McKinney mpeduto@c-vlaw.com
                                  jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Matthew M. Herron
                                  on behalf of Creditor The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

TOTAL: 10